1  Glenn R. Kantor, State Bar No.: 122643
    E-Mail: gkantor@kantorlaw.net
2  Mitchell O. Hefter State Bar No.: 291985
    E-Mail: mhefter@kantorlaw.net
3  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
4  Northridge, CA 91324
   Telephone:  (818) 886-2525
5  Facsimile:   (818) 350-6272

6  Attorneys for Plaintiff,
   TESSA RAISIN

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11 TESSA RAISIN,                          CASE NO:

12              Plaintiff,                **COMPLAINT FOR:**

13       vs.                              **BREACH OF THE EMPLOYEE
                                          RETIREMENT INCOME
14 AETNA LIFE INSURANCE                   SECURITY ACT OF 1974;
   COMPANY;                               ENFORCEMENT AND
15                                        CLARIFICATION OF RIGHTS;
              Defendant.                  PREJUDGMENT AND
16                                        POSTJUDGMENT INTEREST; AND
                                          ATTORNEYS' FEES AND COSTS**

17

18

19       Plaintiff, TESSA RAISIN, herein sets forth the allegations of her Complaint

20 against Defendant AETNA LIFE INSURANCE COMPANY ("Aetna").

21

22

23

24

25

26

27

28

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

## PRELIMINARY ALLEGATIONS

1.      "Jurisdiction" – This action is brought under 29 U.S.C. §§ 1132(a), (e), (f) and (g) of the Employee Retirement Income Security Act of 1974 (hereinafter "ERISA") as it involves a claim by Plaintiff for employee benefits under an employee benefit plan regulated and governed under ERISA. Jurisdiction is predicated under these code sections as well as 28 U.S.C. § 1331 as this action involves a federal question. This action is brought for the purpose of recovering benefits under the terms of an employee benefit plan, enforcing Plaintiff's rights under the terms of an employee benefit plan, and to clarify Plaintiff's rights to future benefits under the fully insured long term disability plan.  Plaintiff seeks relief, including but not limited to: payment of benefits, prejudgment and postjudgment interest, reinstatement to the benefit plans at issue herein, and attorneys' fees and costs.

2.      Plaintiff was, at all times relevant, an employee of Drinker Biddle & Reath LLP ("DBR"), and a resident in the County of Los Angeles, State of California.

3.      Plaintiff is informed and believes that Defendant Aetna is a corporation with its principal place of business in the State of Connecticut, authorized to transact and transacting business in the Central District of California, and can be found in the Central District of California. Aetna is the insurer of long-term disability ("LTD") benefits under the Long Term Disability Plan established by DBR (the "Plan"), as well as the LTD claims administrator. Aetna administered the claim, interpreted Plan terms, and issued a claim denial, all while operating under a conflict of interest, and the bias this created adversely affected the claim determination.

4.      The Plan provided LTD insurance coverage to its employees, including Plaintiff, via Group Policy Number GP-473412-GI (the "Policy") insured by Aetna.

5.      Plaintiff is informed and believes that the Plan is an employee welfare benefit plan regulated by ERISA, established by DBR, under which Plaintiff is and

1   was a participant, and pursuant to which Plaintiff is entitled to LTD benefits.

2   Pursuant to the terms and conditions of the Plan, Plaintiff is entitled to LTD benefits

3   for the duration of Plaintiff's disability, for so long as Plaintiff remains eligible to

4   receive benefits as required under the terms of the Plan. The Plan is doing business

5   in this judicial district, in that it covers employees residing in this judicial district.

6       6.    Defendant can be found in this judicial district and the Plan is

7   administered in this judicial district. The LTD claim at issue herein was also

8   specifically administered in this judicial district. Thus, venue is proper in this

9   judicial district pursuant to 29 U.S.C. § 1132(e)(2).

10

11   <center>**FIRST CLAIM FOR RELIEF**</center>

12   <center>**AGAINST AETNA LIFE INSURANCE COMPANY**</center>

13   <center>**FOR PLAN BENEFITS, ENFORCEMENT AND CLARIFICATION OF**</center>

14   <center>**RIGHTS, PREJUDGMENT AND POSTJUDGMENT INTEREST, AND**</center>

15   <center>**ATTORNEYS' FEES AND COSTS**</center>

16   <center>**(29 U.S.C. § 1132(a)(1)(B))**</center>

17       7.    Plaintiff incorporates by reference all preceding paragraphs as though

18   fully set forth herein.

19       8.    At all times relevant, Plaintiff was employed by DBR, and was a

20   covered participant under the terms and conditions of the Plan, which is insured and

21   administered by Aetna.

22       9.    During the course of Plaintiff's employment, Plaintiff became entitled

23   to benefits under the terms and conditions of the Plan. Specifically, while Plaintiff

24   was covered under the Plan, Plaintiff suffered a disability rendering Plaintiff

25   disabled as defined under the terms of the Plan.

26       10.    Pursuant to the terms of the Plan, Plaintiff made a claim to Aetna for

27   LTD benefits under the Plan. By letter dated February 17, 2015, Aetna denied

28   Plaintiff's claim stating she was not covered by the Plan at the time her claimed

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

period of disability commenced.

11.     With the assistance of counsel, Plaintiff timely submitted an appeal letter which explained, in great detail, that Aetna had ignored its own Policy language and improperly denied Plaintiff's claim. Despite overwhelming evidence of a covered LTD claim, in a letter dated October 20, 2015, Aetna informed Plaintiff that it was upholding its original decision to deny her LTD claim. Aetna's denial letter failed in any material way to address the legal and factual contentions supporting Plaintiff's disability claim.  Aetna advised Plaintiff that her appeal rights were exhausted and she could bring legal action under ERISA.

12.     On November 4, 2015, a complaint was filed on behalf of Plaintiff based on the preceding facts (Case No.: 2:15-cv-8619 FMO (MRWx)).  After successful informal negotiations, opposing counsel communicated to this office on or about March 10, 2016 that:

> "Aetna Life Insurance Company will agree to place your client on claim and pay back benefits and a reasonable attorney's fee. In placing her back on claim Aetna is withdrawing its contention that Plaintiff failed to meet the plan definition of eligibility based upon the actively at work provision. However, your client will be subject to all other plan provisions. Aetna will proceed to conduct a pre-existing condition investigation and will continue to monitor whether Plaintiff meets and continues to meet the disability definition as defined in the plan."

13.     Plaintiff's counsel communicated to Aetna through opposing counsel of its belief that Aetna, by failing to investigate and determine if Plaintiff's claim was or was not payable pursuant to the Policy's pre-existing provision, that under applicable 9th Circuit law it had waived its right to assert such a defense.  However, it was further communicated that once Aetna paid the benefits owing as of Aetna's decision to pay past benefits, Plaintiff would cooperate in Aetna's ongoing

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

investigation of Plaintiff's ongoing right to receive benefits.

14.     Despite the foregoing, Aetna began demanding that Plaintiff submit information without fulfilling its promise to pay the back benefits already owed.  By letter dated April 8, 2016 (attached hereto as Exhibit 1) Aetna Senior Disability Risk Manager Gordon Harris requested that Plaintiff answer a series of questions, complete multiple questionnaires, and sign several authorizations for release of records.  In response, this office reminded Aetna that until Aetna fulfilled its promise, Plaintiff would not be providing Aetna with any additional information.

15.     Nonetheless, by letter dated April 11, 2016 Mr. Harris set another request (attached hereto as Exhibit 2) for Plaintiff to sign an authorization releasing records.  By letter dated April 15, 2016, Mr. Harris requested Plaintiff sign three more authorizations (attached hereto as Exhibit 3).  By letter dated April 21, 2016 Mr. Harris asked Plaintiff to undertake and perform Aetna's investigatory obligations for it by demanding she contact a provider and request medical records (attached hereto as Exhibit 4) for Aetna.  One day later, by letter dated April 22, 2016 Mr. Harris requested Plaintiff sign an authorization releasing her private psychotherapy notes (attached hereto as Exhibit 5).  This office again communicated to Aetna that Plaintiff would cooperate with the ongoing claims investigation once Aetna fulfilled its promise to pay the benefits already owed.

16.     By letter dated May 14, 2016 Mr. Harris sent yet another request for Plaintiff to sign an authorization releasing her private psychotherapy notes (attached hereto as Exhibit 6).  Once again Plaintiff's counsel reiterated Plaintiff's position that as soon as Aetna fulfilled its promise to pay the benefits due and owing, Plaintiff would cooperate with the claim investigation.

17.     By letter dated June 20, 2016 (attached hereto as Exhibit 7), Aetna agreed to issue LTD benefits to Plaintiff for the time period of January 26, 2014 through March 31, 2016.  The letter advised, however, that Aetna was withholding a large portion of the monies owed because it was taking an offset for California State

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

Disability Insurance Benefits that Plaintiff was not actually receiving, and that she was eventually denied.  Aetna has yet to compensate Plaintiff for the withheld monies.  The letter requested that Plaintiff answer several question, sign multiple authorizations, and complete several questionnaires by July 20, 2016.

18.     By letter dated July 20, 2016, Plaintiff responded to Mr. Harris' requests by providing completed forms, medical records, and answers to outstanding questions.  Pursuant to CFR § 2560.503-1(f)(3), Aetna is required to render a claim decision within 45-days of receipt of the claim.  If necessary, this period may be extended by 30-days provided that the claimant is notified of the request for an extension before the expiration of the initial 45-day period and is given a date by which the plan expects to render a decision.  A final, additional 30-day extension may be requested if needed so long as the claimant is notified of the request prior to the end of the first 30-day extension period  and is given a date by which the plan expects to render a decision.  The aggregate time period to render a decision is 105 days.

19.     By letter dated August 23, 2016, Aetna/Mr. Harris provided Plaintiff with a status update (attached hereto as Exhibit 8).  The letter did not specifically request an extension, and Mr. Harris stated "I cannot provide you with an anticipated completion date."

20.     By letter dated September 23, 2016, this office communicated to Mr. Harris that Plaintiff had not heard from him/Aetna since the August 23, 2016 letter.  Plaintiff requested a status update and specifically requested "an actual date by which you anticipate completing your review, as an indefinite investigation is not appropriate under ERISA or the Plan."

21.     By letter dated September 26, 2016, Aetna/Mr. Harris responded to Plaintiff's request for a status update (attached hereto as Exhibit 9).  Mr. Harris asked for another authorization to be signed and asked Plaintiff to contact a provider that he was having difficulty obtaining records from.  He reiterated that he was

1    unable to provide Plaintiff with an anticipated completion date, and did not

2    specifically request an extension.

3        22.    By letter dated October 11, 2016, Mr. Harris provided yet another

4    status update (attached hereto as Exhibit 10).  He demanded Plaintiff assist him in

5    obtaining records from a provider, despite the provider telling him that "they could

6    not locate any record of coverage" for Plaintiff.  Again, there was no specific

7    request for an extension and no anticipated completion date.

8        23.    On or about November 7, 2016, the parties submitted a Stipulation for

9    Dismissal of the Action Without Prejudice.

10       24.    By letter dated December 2, 2016 Mr. Harris informed Plaintiff that

11   Aetna had received new medical information and for the first time, stated it

12   anticipated completing its review on or before December 31, 2016 (attached hereto

13   as Exhibit 11).  The 105-day period to render a claim decision expired on November

14   2, 2016.  December 31, 2016 is 164 days from July 20, 2016.

15       25.    Defendant breached the Plan and violated ERISA in the following

16   respects:

17           (a)    By failing to pay LTD benefit payments to Plaintiff at a time

18       when Defendant knew, or should have known, that Plaintiff was entitled to

19       those benefits under the terms of the Plan, as Plaintiff was disabled and

20       unable to work and therefore entitled to benefits. Even though Defendant had

21       such knowledge, Aetna denied Plaintiff's LTD benefits;

22           (b)    By failing to provide a reasonable explanation of the basis relied

23       on under the terms of the Plan documents, in relation to the applicable facts

24       and Plan provisions, for the denial of Plaintiff's claims for LTD benefits;

25           (c)    By failing to adequately describe to Plaintiff any additional

26       material or information necessary for Plaintiff to perfect her claim along with

27       an explanation of why such material is or was necessary after Plaintiff's claim

28       was denied;

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

7

(d)     By failing to properly and adequately investigate the merits of Plaintiff's LTD claim and failed to provide a full and fair review of Plaintiff's claim.

(e)     By failing to comply with claim handling procedures regarding time limits for claim review, extension requests, and issuing anticipated completion dates.

(f)     By failing to pay to Plaintiff the full benefits due and owing to her for the period January 26, 2014 through March 31, 2016 as the result of Defendant's taking an improper offset for other income benefits which Plaintiff did not receive.

26.     Plaintiff is informed and believes and thereon alleges that Defendant wrongfully denied her disability benefits under the Plan by other acts or omissions of which Plaintiff is presently unaware, but which may be discovered in this future litigation and which Plaintiff will immediately make Defendant aware of once said acts or omissions are discovered by Plaintiff.

27.     Following the denial of benefits under the Plan, Plaintiff exhausted all administrative remedies required under ERISA, and Plaintiff has performed all duties and obligations on Plaintiff's part to be performed under the Plan.  If any administrative remedies were not exhausted, it was because the claim was deemed denied pursuant to the ERISA claim regulations, or was futile.

28.     As a proximate result of the aforementioned wrongful conduct of Defendant, Plaintiff has damages for loss of disability benefits in a total sum to be shown at the time of trial.

29.     As a further direct and proximate result of this improper determination regarding Plaintiff's LTD claim, Plaintiff, in pursuing this action, has been required to incur attorneys' costs and fees. Pursuant to 29 U.S.C. § 1132(g)(1), Plaintiff is entitled to have such fees and costs paid by Defendant.

30.     The wrongful conduct of Defendant has created uncertainty where none

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

should exist, therefore, Plaintiff is entitled to enforce her rights under the terms of the Plan and to clarify her right to future benefits under the terms of the Plan.

## **REQUEST FOR RELIEF**

WHEREFORE, Plaintiff prays for relief against Defendant as follows:

1.      Payment of disability benefits due Plaintiff as of the date of Judgment;

2.      An order declaring that Plaintiff is entitled to immediate reinstatement to the Plan, with all ancillary benefits to which she is entitled by virtue of her disability, and that benefits are to continue to be paid under the Plan for so long as Plaintiff remains disabled under the terms of the Plan;

3.      An order that Plaintiff is owed additional benefits for the period of January 26, 2014 through March 31, 2016 due to Defendant's taking of an improper offset.

3.      Pursuant to 29 U.S.C. § 1132(g), payment of all costs and attorneys' fees incurred in pursuing this action;

4.      Payment of prejudgment and postjudgment interest as allowed for under ERISA; and

5.      Such other and further relief as this Court deems just and proper.


DATED:      December 8, 2016          KANTOR & KANTOR, LLP


                                   By     /s/ Glenn R. Kantor
                                        Glenn R. Kantor
                                        Mitchell O. Hefter
                                        Attorneys for Plaintiff
                                        TESSA RAISIN

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

COMPLAINT FOR ERISA BENEFITS



**P.O. Box 14560**
**Lexington, KY 40512-4560**

Phone: 1-866-326-1380
Fax: 1-866-667-1987

April 8, 2016

GLENN R. KANTOR
KANTOR AND KANTOR 19839 NORDHOFF ST
NORTHRIDGE CA - 91436

| | |
|---|---|
| Group Control No: | 0473412 |
| Employer: | Drinker Biddle & Reath LLP |
| Employee: | MS. TESSA RAISIN |
| Disability Claim Case No: | 11033296 |

Dear Mr. Kantor

I am writing concerning the Long Term Disability (LTD) claim from your client, Tessa M. Raisin, with Aetna Life Insurance Company (Aetna). The Drinker Biddle & Reath LLP Long-Term Disability (LTD) group policy (Policy) from which Ms. Raisin is receiving LTD Benefits is underwritten by Aetna Life Insurance Company (Aetna).

Ms. Raisin's LTD claim under the Drinker Biddle & Reath LLP Long Term Disability group policy is currently being paid under reservation of rights by Aetna while we continue to investigate her entitlement to LTD Benefits, including what date, if any, she met the group policy's Test of Disability:

**Test of Disability**

"Disability" and "disabled" mean that because of **injury** or **illness**:
1. the insured cannot perform each of the **material duties** of his regular occupation; or
2. the insured, while unable to perform all of the **material duties** of his regular occupation on a full-time basis, is:
   a. performing at least one of the **material duties** of his regular occupation or another occupation on a part-time or full-time basis; and
   b. earning currently at least 20% less per month than his **adjusted pre-disability earnings** due to that same **injury** or **illness**.

Changes in earnings will be reported each March 1.

Note: For attorneys, "regular occupation" means the specialty in the practice of law, which the insured was practicing just prior to the date disability started.

**Material Duties**
Duties that:

- Are normally need for the performance of your **own occupation**; and
- Cannot be reasonably left out or changed. However, to be at work more than 40 hours per week is not a material duty.

**Illness**
A pathological condition of the body that presents a group of clinical signs and symptoms and laboratory findings peculiar to the findings set the condition apart as an abnormal entity differing from other normal or pathological body states.


EXHIBIT

Aetna is the brand name used for products and services provided by one or more of the Aetna group of subsidiary companies, including Aetna Life Insurance Company and its affiliates (Aetna). ©2013 Aetna Inc.

**Injury**

An accidental bodily **injury** that is the sole and direct result of:

- An unexpected or reasonably unforeseen occurrence or event; or
- The reasonable unforeseeable consequences of a voluntary act by the person.
- An act or event must be definite as to time and place.

Additionally, we are continuing the Preexisting Condition investigation of the LTD claim, which started during the previous review. The Drinker Biddle & Reath LLP Long-Term Disability (LTD) group policy includes a Preexisting Condition which explains:

**Pre-existing Conditions**

A Pre-existing condition is an **illness, injury** or pregnancy-related condition for which, during the 3 months before your coverage became effective:

- You were diagnosed or treated; or
- You received diagnostic or treatment services; or
- You took drugs that were prescribed or recommended by a **physician.**

The plan does not pay benefits for a disability that is caused, or contributed to, by a pre-existing condition, if the disability starts within the first 12 months after your coverage goes into effect.

The Drinker Biddle & Reath LLP Long-Term Disability (LTD) group policy under Aetna became effective on January 1, 2013. We understand that Ms. Raisin was hired by Drinker Biddle & Reath LLP on July 10, 2012. Therefore, her coverage under the Group Policy began on August 1, 2012. You have asserted that Ms. Raisin's disability from her Regular Occupation (Attorney) began "as early as August 2013." Given your statement and our understanding of her medical history, we find it reasonable to perform a review of her LTD claim to: a) determine when any one or combination of her conditions became of the degree to preclude her from performing the **material duties** of her regular occupation in terms of the Group Policy's Test of Disability; b) if we determine that her Disability from her regular occupation began prior to August 1, 2013, we need to determine if the condition(s) would be considered Pre-existing, as defined by the Group Policy.

**The three-month Preexisting Condition period is from May 1, 2012 through July 31, 2012.**

Ms. Raisin has claimed Disability due to "chronic & refractory migraines" and depression. She listed those conditions on the *Aetna Employee Request for Information* form, which she completed on November 8, 2014. We also understand from the review of her medical records that she has been diagnosed with medication overuse rebound headache, cervicogenic headache, substance abuse, bi-polar disorder, temporomandibular joint disorder (TMJ), cervicalgia, cervical spondylosis, cervical disc disease, cervical radiculopathy, chronic back pain, sciatica, fibromyalgia, myofascial pain, myositis, and anemia.

Aetna presently has established June 11, 2014 as the date of Ms. Raisin's Disability concerning her LTD claim. However, again, you assert in your August 13, 2015 Appeal of Denial of Long Term Disability Claim letter that Ms. Raisin was "incontrovertibly disabled while working from August 2013, through a portion of June 2014," and "given her limited work hours due to illness between August 2013, and June 2014, Ms. Raisin could have submitted a claim for short-term disability ("STD") followed by LTD as early as August 2013."

You continue in your August 13, 2015 letter, explaining that Drinker Biddle & Reath LLP "notwithstanding [Ms. Raisin's ] greatly reduced work hours resulting from her illness," continued to pay her full salary.

We find that additional information is needed from Ms. Raisin so we can complete our review, including to determine if she is entitled to LTD Benefits as of August 1, 2013, and thereafter. Therefore, we request the following:

1. Please ask Ms. Raisin to complete the enclosed Weekly Headache Log. To allow you time to coordinate this request with Ms. Raisin, we ask that she begin her daily log as of April 18, 2016, and continue through May 17, 2016. Please send us the completed logs by May 24, 2016. We plan to provide that information to the medical consultant who will assist us in our evaluation of Ms. Raisin's claim.
2. Has Ms. Raisin worked in any capacity for any employer, other than Drinker Biddle & Reath LLP, from August 1, 2013 to the present? If so, please provide us with the name of the employer, job title, hours worked per week, and dates of employment. Please also provide us with the earnings statements and W-2 or 1099 forms.
3. Has Ms. Raisin performed any volunteer activity from August 1, 2013 to the present?  If so, please provide us

with the dates of her volunteer activities, a description of the duties, weekly hours duties were performed, and the name and contact information of the organizations.

4. Did Ms. Raisin file a disability claim under Drinker Biddle & Reath LLP's STD or LTD Plans with Unum? If so, we request that you provide us with copies of all correspondence concerning those claims that Ms. Raisin or you have received, including award or denial notices.

5. Has Ms. Raisin filed a Social Security Disability claim? If so, please provide us with copies of all correspondence concerning the claim that Ms. Raisin has received, including the initial claim filing paperwork, copies of any Medical History and Function Capacity Questionnaires she has completed, and award or denial notices.

6. If Ms. Raisin did file for Social Security Disability benefits, did Social Security refer her for any consultative medical and psychological evaluations? If so, please provide us with the name and contact information for the providers, and dates of the appointments.

7. Please provide us with a copy of Ms. Raisin's daily billable and/or attendance records with Drinker Biddle & Reath LLP from June 1, 2013, through her last date worked.

8. I understand from my review of the medical records in the LTD claim file that Ms. Raisin has copies of her medical records, including MRI and CT scans/reports. Please send us copies of all medical records Ms. Raisin may possess for the period of January 1, 2012, to the present.

9. Please provide us with the name and contact information of Ms. Raisin's health insurance carrier for hte period prior to her employment with Drinker, Biddle & Reath. Please also include her member ID number from that carrier.

Please also ask Ms. Raisin to complete the attached claim forms:

- Other Income Questionnaire
- Resource Questionnaire
- Medical Professionals and Medications List (Please list all medical/mental health providers from 1/1/12 to present)
- Authorization To Request Protected Health Information
- Authorization To Obtain Information
- Social Security Administration Consent Authorization for Release of Information

Concerning our request for the information listed above, please note that in the Report of Claim section of the group policy, it is explained:

*Your claim must give proof of the nature and extent of the loss. You must furnish true and correct information as Aetna may reasonably request. At any time, Aetna may require copies of documents to support your claim, including data about employment. You must also provide Aetna with authorizations to allow it to investigate your claim and your eligibility for and the amount of work earnings and other income benefits.*

With the exception of the Headache Log, please provide us the information requested above by April 29, 2016. Please send us the completed headache log by May 24, 2016.

Please contact me in writing or by telephone at 1-866-326-1380 if you have any questions about this letter. You mail the information to us, or send it by facsimile to 1-866-667-1987. Thank you for your cooperation.

Sincerely,

Gordon Harris
Senior Disability Risk Manager
Aetna Disability & Absence Management

Other Income Questionnaire
LTD Resource Questionnaire Form - Standard (11-13)
Medication List
Medical Professionals List
Authorization to Request Protected Health Information
Patient Authorization for Disclosure of Psychotherapy Notes
Authorization to Obtain Information
Social Security Admin Consent Auth for Release of Info

# aetna®

## Other Income Questionnaire
## Disability Benefits

**Mail this completed form to:**
Aetna Life Insurance Company
P.O. Box 14560
Lexington, KY 40512-4560
Phone: **1-866-326-1380**
Fax: **1-866-667-1987**

| Claim Number |
| --- |
| Claim Number: 11033296 |

Please complete and return this form so that we can accurately determine your benefits. Provide all information relating to your actual or expected entitlement to income from all sources (excluding Aetna Disability Benefits) to avoid processing delays and/or overpayment of benefits.

| Employee's Name *(Last, First, Middle Initial)* | Date of birth |
| --- | --- |
| RAISIN, TESSA | |
| Address | Phone Number |
| | |

Marital Status
☐ Single   ☐ Married   ☐ Divorced   ☐ Widowed   Spouse's date of birth *(MM/DD/YYYY)* _____

Children's dates of birth *(MM/DD/YYY)* (list any children age 20 or younger as of your date of disability)    ☐ No Children

If any child has a disability please explain:

If any child is legally adopted or if any dependent is a grandchild please explain: *(please include date of adoption)*

Please complete all the questions below:
☐ Yes ☐ No  I have received other income (as listed below), since the onset of my disability.*
☐ Yes ☐ No  My family members have received Social Security (SS) benefits since the onset of my disability.*
    ***(Please also list below any SS benefits received by any family member due to your disability)***
☐ Yes ☐ No  I have deferred or elected not to receive other income that I am entitled to receive.
☐ Yes ☐ No  I have applied for other income listed below.
*Please submit a copy of the benefit award letter with this form if you have not already done so.*
NOTE: Please check ALL boxes that apply and provide complete information on any benefit amounts below.

| Source of Income | Gross Benefit Amount AND frequency | Net Benefit amount | Effective Date of benefits *(MM/DD/YY)* |
| --- | --- | --- | --- |
| ☐ Wages/income from any employment | | | |
| ☐ Social Security Disability – Primary | | | |
| ☐ Social Security Disability – Family | | | |
| ☐ Social Security  Retirement - Self | | | |
| ☐ Social Security Retirement - Spouse | | | |
| ☐ Social Security Widow/Widowers | | | |
| ☐ Pension or retirement benefit – (monthly OR lump sum payments) | | | |
| ☐ State Disability Plans | | | |
| ☐ Worker's Compensation – (weekly or lump sum settlements) | | | |
| ☐ Veteran's benefits | | | |
| ☐ Railroad retirement benefits | | | |
| ☐ No-Fault Automobile benefits | | | |
| ☐ Private group disability benefits | | | |
| ☐ Public or state retirement system | | | |
| ☐ Unemployment Benefits | | | |
| ☐ Jones Act or Maritime Doctrine | | | |
| ☐ Recovery or settlement from Third Party causing disability | | | |
| ☐ Other *(specify)* | | | |

| Signature ➜ | Date *(MM/DD/YYYY)* |
| --- | --- |
| | |

*Complete back ➜*

**WKAB**
GC-1503-26 (7-14)  F

R-POD



Claim Number: 11033296

# aetna®  Resource Questionnaire

Return this completed form to:
Aetna Life Insurance Company
P.O. Box 14560
Lexington, KY 40512-4560
Fax: 1-866-667-1987

In order to assist us with the processing of your disability claim, and / or to assist in your potential to benefit from rehabilitation, please complete this questionnaire and return it in the envelope provided. If necessary, please use the reverse side of the form to complete any of the survey items.

| Name: RAISIN, TESSA | Address: |
|---|---|
| Social Security Number: | Telephone Number: |
| Date of Birth: | Spouse's Date of Birth: |

Dependent Children's Date of Birth:

Do they live with you?　　Yes ☐　　No ☐

1. Describe in your own words what prevents you from performing <u>YOUR</u> occupation.

2. Describe in your own words what prevents you from engaging in <u>ANY</u> gainful employment.

3. Show the name and address of the health care provider(s) you see regularly (include frequency). Please use the other side of this page to list additional providers, if necessary.

| Provider's Name and Specialty: | | | Provider's Name and Specialty: | | |
|---|---|---|---|---|---|
| Mailing Address: | | | Mailing Address: | | |
| Telephone Number: | Frequency of Visits: | Date of Last Visit: | Telephone Number: | Frequency of Visits: | Date of Last Visit: |

| 4. Height | 5. Weight | 6. Right or Left Hand Dominant: ☐ Right ☐ Left |
|---|---|---|

7. Do you use any assistance devices?　Yes ☐　　No ☐　　If yes, please list devices.

8. Please list any prescription medications you take. Please use the other side of this page to list additional information.

| Medication | Dosage | Frequency |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

9. Identify the names and addresses of any facilities in which you were treated during the last 12 months. Please use the other side of this page to list additional information.

| Facility Name: | | Facility Name: | |
|---|---|---|---|
| Mailing Address: | | Mailing Address: | |
| Telephone Number: | Treatment Dates: | Telephone Number: | Treatment Dates: |

Revised June 2010

| Name | Claim Number |
|---|---|
| RAISIN, TESSA | Claim Number: 11033296 |

10. Have you applied for and are you received Social Security benefits, please send us a copy of your award letter.

☐ Awarded   Award Date: _____   ☐ Denied/No appeal has been filed

☐ Denied/Filed for Reconsideration   ☐ Denied at Administrative Law Judge Level

11. Are you able to take care of all of your personal needs (bathing, dressing, etc.)?  Yes ☐   No ☐
If no, indicate those activities in which you require assistance:

12. If you require assistance, who assists you?

13. Please indicate those chores you perform on a regular basis:

☐ Cook   ☐ Shopping   ☐ Laundry   ☐ Dusting   ☐ Vacuum
☐ Dishes   ☐ Child Care   ☐ Gardening   ☐ Mow Lawn   ☐ Shovel Snow
☐ Car Maintenance   ☐ Climb Stairs   ☐ Other:

14. Do you go for walks?   Yes ☐   No ☐   If yes, how often and far do you walk?

15. What difficulties, if any, do you have sleeping?

16. Do you have a valid driver's license?   Yes ☐   No ☐

17. Do you still drive?   Yes ☐   No ☐

18. If you do drive, what is the average distance driven daily?

19. If you do NOT drive, how do you get to places that you need to go? (MD appointments, shopping, etc.)?

20. Please list which activities you attend? (School, therapy, Vocational Rehabilitation, etc.)

21. What do you do for hobbies? (TV, read, bingo, play cards, Internet, crafts, fishing, etc.)

22. If available, would you be interested in seeking additional training to expand your career opportunities?
Yes ☐ No ☐   If yes, what type of training?

23. Do you anticipate returning to your previous occupation or any other occupation in the near future?
Yes ☐   If yes, when? _____
No ☐   If no, why not? _____

24. Would you consider a lump sum settlement in lieu of any future benefit due you?   Yes ☐  No ☐

25. Please indicate the extent of your formal education by checking the appropriate year:

Primary School:   ☐1  ☐2  ☐3  ☐4  ☐5  ☐6   Did you graduate?   Yes ☐   No ☐
☐7  ☐8  ☐9  ☐10  ☐11  ☐12  ☐ GED

College:   ☐1  ☐2  ☐3  ☐4   Did you graduate? Yes ☐ No ☐   Major/Minor _____   Degree _____

Graduate Work:   ☐1  ☐2  ☐3  ☐4   Did you graduate? Yes ☐ No ☐
Area of Study _____   Degree _____

Trade School: _____   Skill Trade: _____   Years _____

26. Licenses and Certifications.

| Name   RAISIN, TESSA | Claim Number   Claim Number: 11033296 |
|---|---|

**27. Were you in Military Service?  Yes ☐  No ☐**

| Years of Service | Branch | Training Received |
|---|---|---|
| | | |
| | | |

**27. Do you perform volunteer services for any organization (such as a church, club, business, hospital, etc.) on a regular basis?  Yes ☐  No ☐**

| Name of Organization | Phone | How Often |
|---|---|---|
| | | |
| | | |
| | | |

**28. Are you working now (full or part-time) or have you worked for wage or profit since the onset of your LTD claim?  Yes ☐  No ☐   If yes, please describe:**

**29. Do you have a personal or family business that you are involved with on a regular basis?**

| Name of Business | Address | Phone |
|---|---|---|
| | | |

**30. In what capacity are you involved in this business?**

**31. How often are you involved in this business?**

**32. Since the onset of your LTD have you received a lump sum settlement of retroactive payment for Workers' Compensation, Social Security Disability/Retirement, malpractice suit, motor vehicle accident, etc.?   Yes ☐   No ☐   If yes, indicate below:**

| Type of Settlement | Date Settled | Amount |
|---|---|---|
| | | |
| | | |

**33. Are you a stockholder and/or officer of a corporation in which you have a financial interest? Yes ☐ No ☐   If yes, indicate below:**

| Name of Corporation | Phone | Position |
|---|---|---|
| | | |
| | | |

**34. Please list ALL sources of Income:**

| Name of Source | Amount | Weekly/Bi-Weekly/Monthly |
|---|---|---|
| | | |
| | | |
| | | |

**35. Is an attorney representing you related to any other income benefits?  Yes ☐ No ☐   If yes, please provide details including attorney's name, address and telephone number.**

**36. Briefly describe you past work experiences for the last fifteen years.  Please use the other side of this page to list additional job information, if necessary.**

| Job Title | | Employed   From _____   To _____ |
|---|---|---|
| Major Duties | Minor Duties | |
| Tools/Equipment used | Machinery/Computers used | |

| Job Title | | Employed   From _____   To _____ |
|---|---|---|
| Major Duties | Minor Duties | |
| Tools/Equipment used | Machinery/Computers used | |

Revised June 2010                                                                                                           Page 3

| Name RAISIN, TESSA | Claim Number |
|---|---|

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Arkansas, Louisiana, Rhode Island and West Virginia Residents**: Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Attention California Residents**: For your protection, California law requires notice of the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Attention Colorado Residents**: It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies.

**Attention Florida Residents**: Any person who knowingly and with intent to injure, defraud, or deceive any insurer, files a statement of claim or an application containing any false, incomplete or misleading information is guilty of a felony of the third degree.

**Attention Kansas Residents**: Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person submits an enrollment form for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto may have violated state law.

**Attention Kentucky Residents**: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and may subject such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents**: It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

**Attention Maryland Residents**: Any person who knowingly and willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly and willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Attention New Jersey Residents**: Any person who includes any false or misleading information on an application for an insurance policy or knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**Attention New York Residents**: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each violation.

**Attention North Carolina Residents**: Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which may be a crime and subjects person to criminal and civil penalties.

**Attention Ohio and Pennsylvania Residents**: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Oklahoma Residents**: WARNING: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Attention Oregon Residents**: Any person who with intent to injure, defraud or deceive any insurance company or other person submits an enrollment form for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto may have violated state law.

**Attention Puerto Rico Residents**: Any person who knowingly and with the intention to defraud includes false information in an application for insurance or file, assist or abet in the filing of a fraudulent claim to obtain payment of a loss or other benefit, or files more than one claim for the same loss or damage, commits a felony and if found guilty shall be punished for each violation with a fine of no less than five thousand dollars ($5,000), not to exceed ten thousand dollars ($10,000); or imprisoned for a fixed term of three (3) years, or both. If aggravating circumstances exist, the fixed jail term may be increased to a maximum of five (5) years; and if mitigating circumstances are present, the jail term may be reduced to a minimum of two (2) years.

**Attention Vermont Residents**: Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which may be a crime and may subject such person to criminal and civil penalties.

**Attention Virginia Residents**: Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Washington Residents**: It is a crime to knowingly provide false, incomplete, or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines, and denial of insurance benefits.

| Claimant's Signature: | Date: |
|---|---|

Telephone Number(s) where you can be reached during the day:



# aetna®   **Medication List**

**Return completed form to:**
Aetna Life Insurance Company
P.O. Box 14560
Lexington, KY 40512-4560

**Fax:** 1-866-667-1987

| Employee Name | Claim # |
|---|---|
| RAISIN, TESSA | Claim Number: 11033296 |

Name of Medication: _____

Dose: _____

Name of Medication: _____

Dose: _____

Name of Medication: _____

Dose: _____

Name of Medication: _____

Dose: _____

Name of Medication: _____

Dose: _____

Name of Medication: _____

Dose: _____

Name of Medication: _____

Dose: _____

Name of Medication: _____

Dose: _____

Name of Medication: _____

Dose: _____

Name of Medication: _____

Dose: _____

Name of Medication: _____

Dose: _____

Name of Medication: _____

Dose: _____

Name of Medication: _____

Dose: _____

Name of Medication: _____

Dose: _____

Name of Medication: _____

Dose: _____

Name of Medication: _____

Dose: _____



# aetna® Medical Professionals List

**Return completed form to:**
Aetna Life Insurance Company
P.O. Box 14560
Lexington, KY 40512-4560
**Fax:** 1-866-667-1987

In the space provided below, please list the complete names, specialty, addresses, phone and fax numbers of all medical professionals you have consulted for the past two years. If necessary, you may use the back of this form to list additional medical providers, pharmacies, hospitals, or any other pertinent information regarding your disability.

| Employee Name | Claim # |
|---|---|
| RAISIN, TESSA | Claim Number: 11033296 |

Medical Provider / Hospital / Pharmacy: _____

Specialty: _____  Period Consulted: _____

Address: _____

City: _____  State: _____  Zip Code: _____

Phone: _____  Fax: _____

Medical Provider / Hospital / Pharmacy: _____

Specialty: _____  Period Consulted: _____

Address: _____

City: _____  State: _____  Zip Code: _____

Phone: _____  Fax: _____

Medical Provider / Hospital / Pharmacy: _____

Specialty: _____  Period Consulted: _____

Address: _____

City: _____  State: _____  Zip Code: _____

Phone: _____  Fax: _____

Medical Provider / Hospital / Pharmacy: _____

Specialty: _____  Period Consulted: _____

Address: _____

City: _____  State: _____  Zip Code: _____

Phone: _____  Fax: _____

Medical Provider / Hospital / Pharmacy: _____

Specialty: _____  Period Consulted: _____

Address: _____

City: _____  State: _____  Zip Code: _____

Phone: _____  Fax: _____



Page 2

| Employee Name | Claim # |
|---|---|
| RAISIN, TESSA | Claim Number: 11033296 |

Medical Provider / Hospital / Pharmacy: _____

Specialty: _____     Period Consulted: _____

Address: _____

City: _____   State: _____   Zip Code: _____

Phone: _____   Fax: _____

Medical Provider / Hospital / Pharmacy: _____

Specialty: _____     Period Consulted: _____

Address: _____

City: _____   State: _____   Zip Code: _____

Phone: _____   Fax: _____

Medical Provider / Hospital / Pharmacy: _____

Specialty: _____     Period Consulted: _____

Address: _____

City: _____   State: _____   Zip Code: _____

Phone: _____   Fax: _____

Medical Provider / Hospital / Pharmacy: _____

Specialty: _____     Period Consulted: _____

Address: _____

City: _____   State: _____   Zip Code: _____

Phone: _____   Fax: _____

Medical Provider / Hospital / Pharmacy: _____

Specialty: _____     Period Consulted: _____

Address: _____

City: _____   State: _____   Zip Code: _____

Phone: _____   Fax: _____

Medical Provider / Hospital / Pharmacy: _____

Specialty: _____     Period Consulted: _____

Address: _____

City: _____   State: _____   Zip Code: _____

Phone: _____   Fax: _____



Claim Number: 11033296

# aetna®

## Authorization For Aetna To Request Protected Health Information Necessary To Process A Disability Claim

**Please Read The Following Carefully Before Completing Your Authorization.  You May Refuse To Sign This Authorization.  *(See Section 6.)***

**1.   Member Information (Information About Person For Whom This Authorization Is Requested.)**

| Last Name  RAISIN | First Name  TESSA | | Middle Initial |
|---|---|---|---|
| Claim Number | Year of Birth | Daytime Telephone Number (include area code) | |
| Street Address | City, State and ZIP | | |

**2.   This form requests a Member's unconditional authorization for Aetna to ask another person or organization to disclose Member's Protected Health Information ("PHI") to Aetna for the purpose of processing my disability claim.**

**3.   The specific PHI we are asking you to authorize Aetna to request is (This section completed by Aetna.)**

> *Any and all medical information including but not limited to information which relates to psychiatric or mental health, drug, substance abuse, and/or HIV Infection, including AIDS and related illnesses, concerning health care, advice and treatment and prescription history records(including but not limited to, medical records, histories, physical or diagnostic examinations reports and treatment notes).*

**4.   If you prefer to authorize the request of only selected categories of information, please indicate below which types of information may be disclosed.  (This section completed by Member)**

- ☐ Health (This includes medical, dental, pharmacy, vision, and flexible spending account information)
- ☐ Behavioral Health (e.g., mental health, drug and alcohol abuse treatment)
- ☐ Disability   ☐ Life Insurance   ☐ Long Term Care   ☐ Workers' Compensation
- ☐ Other: *(please specify)* _____

**5.   By signing this form, you will authorize Aetna to request PHI described above from the following persons or organizations (or classes of persons or organizations).**

> *Service Providers, including but not limited, to physicians, therapists, medical practitioners, health care professionals, workers' compensation professionals, diagnostic facilities, hospitals, clinics and pharmacy related service organizations (including individuals or facilities which provide rehabilitation services or treatment).*

**6.   Expiration of this Authorization**

| This authorization is valid throughout the processing and any term of your disability claim unless you indicate a shorter period below. |
|---|
| _____   through  _____ |
| mm/dd/yyyy                          mm/dd/yyyy |

**Please review and complete important information on the reverse of this form.**

**WKAB**
GR-67940-26 (7-14) E

Page 1 of 3
R-POD



Claim Number: 11033296

| **Employee Name** |
| TESSA RAISIN |

**7.   Important: Your signature below means that you understand and agree to the following:**

- You authorize Aetna to request from the persons or organizations named above, the PHI described above, for the purposes stated above.

- The information to be disclosed may be protected by law.  Information disclosed under this authorization may be re-disclosed and no longer protected by federal privacy regulations.

- Failure to complete this form may prevent Aetna from receiving information necessary for the processing of your disability claim, which may result in a disability claim denial.  Failure to complete this form will not however impact your receipt of medical services from providers.

- You may revoke this Authorization at any time by notifying Aetna in writing, but please note that actions Aetna has taken before we received your revocation will still be valid under this authorization.

- You may receive a copy of this form if you request it in writing from the address listed below.

**8.   Signature of Member or Legal Representative**

| Signature of Member or Legal Representative | Date |
| --- | --- |
| Print Name | |

| **If not the Member,** describe your relationship to the Member: |
| ☐   Caregiver |
| ☐   Legal Representative |
| ☐   Other: _____ |
| If Member's legal representative is signing this Authorization, you must furnish a copy of the health care power of attorney, or other relevant document designating you as the representative. |

**NOTICE TO RECIPIENT(S) OF INFORMATION (Section 2. above):**
The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law.  To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.  'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individuals' family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. *Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.*

Return this completed form to:      **Aetna Life Insurance Company**
P.O. Box 14560
Lexington, KY 40512-4560
Phone #: 1-866-326-1380
Fax #: 1-866-667-1987



Claim Number: 11033296

| Employee Name |
|---|
| RAISIN, TESSA |

## 9. Misrepresentation

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention California Residents:** For your protection, California law requires notice of the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

Claim Number: 11033296

# aetna®

## Patient Authorization for Disclosure of Psychotherapy Notes

Aetna Life Insurance Company
P.O. Box 14560
Lexington, KY 40512-4560
Phone: **1-866-326-1380**
Fax: **1-866-667-1987**

When signed and dated by you, this form authorizes your mental health care provider to disclose psychotherapy notes to the person(s) identified below. *Psychotherapy notes are notes recorded by your mental health care provider that (i) document or analyze his/her conversations with you during private, group or family counseling sessions, and (ii) are maintained by your mental health care provider separately from the rest of your medical records.*

| Last Name | First Name | | Middle Initial |
|---|---|---|---|
| Claim Number | Year of Birth | Daytime Telephone Number *(include area code)* | |
| Street Address | City, State and ZIP | | |

I, _____, hereby authorize _____ to disclose the
     (print name)                         (print name of mental health provider)

psychotherapy notes identified below to **Aetna Life Insurance Company and its affiliates ("Aetna")**. This authorization is for the disclosure of psychotherapy notes only. However, I understand that such notes may contain information on general medical care or treatment for substance abuse, information about acts of domestic abuse, or HIV/AIDS or other communicable or sexually-transmitted diseases, including any such treatment that may have been provided by other health care providers.

The purpose of this disclosure is to provide documentation for my claim for disability benefits and for the administration, performance evaluation, and management of my disability plan.

The psychotherapy notes to be disclosed are for the following dates of service (can be specific dates of service or a range of dates):

_____   _____   _____   _____

_____   _____   _____   _____

I understand and agree as follows:
1. I may revoke this authorization at any time by written notice to:
   Aetna Life Insurance Company

   Any such revocation shall not apply to psychotherapy notes I authorized for disclosure prior to the date of my revocation.
2. This authorization is effective as of the date signed below and will remain in effect until the earlier of the date all of the psychotherapy notes identified above have been disclosed or ___ / ___ / 20 ___ (must be 1 year or less after the date signed below).
3. My medical care or treatment is not conditioned on signing this authorization. However, the failure to sign may affect Aetna's ability to evaluate and process my claim for disability benefits and may be a basis for denying my claim.
4. *Aetna may re-disclose information from my psychotherapy notes to others involved in my claim for disability benefits* (for example, Aetna affiliates or my below-named employer or it's benefit plan or claims administrator(s), their related companies, auditors, contractors, investigators, attorneys, and service consultants, authorized union representatives, health care providers treating or evaluating me or my claim, and other individuals or entities involved in administering, evaluating, and managing the plan or my claim) without my knowledge or consent, and therefore the privacy of such notes may no longer be protected by law. Termination of this authorization shall not affect re-disclosure of psychotherapy notes I authorized for disclosure prior to the date of termination.

**NOTE TO INSURED INDIVIDUALS IN NEW MEXICO:** Aetna may receive confidential abuse information from persons other than you or the protected person. Aetna is prohibited by law from using confidential abuse status as a basis for denying, refusing to issue, renew or reissue or canceling or otherwise terminating a policy, restricting or excluding coverage or benefits of a policy or charging a higher premium for a policy. You have the right to access and correct all confidential abuse information Aetna receives. Upon request, we will provide you full notice of the information prescribed in 13 NMAC 7.5.8 [13.7.5.8 NMAC]. If you wish to be a protected person, you may notify Aetna at the address listed on the first page of this Authorization.

**NOTE TO MENTAL HEALTH PROVIDER:** The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for psychotherapy notes. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

| Employer's Name | |
|---|---|
| Claimant's Name (Print) | Date |
| Claimant's or Legal Representative's Signature | Legal Representative's Name and Relationship |

**WKAB-ACS Only**
GR-68749 (6-13) C

R-POD



Claim Number: 11033296

# aetna® **Authorization To Obtain Information**

Complete and sign the form using BLUE or BLACK ink.



Control Number: __0473412_____

Employee Year of Birth: _____

Employee Gender: ☐ Male  ☐ Female

I ____RAISIN, TESSA_____, Claim Number _____,
*(please print full name – Last, First, Middle Initial)*
hereby authorize any insurance company, third party administrator, government organization, employer and any of their agents performing services relating to any employee benefits or workers compensation or other organization, institution, or person that has any records or knowledge about me containing the following to release the information to the Aetna and/or its duly authorized representatives or agents:

- **Financial information,**
- **Information pertaining to my credit history,**
- **Information pertaining to my academic performance, credits earned, or school-related activities,**
- **Other insurance benefits, or,**
- **Employment information and history (including job duties and earnings).**

I understand that the information obtained by use of this authorization will be used for the purpose of evaluating and administering my claim for disability benefits.

This authorization is valid for the term of the policy or contract under which a claim has been submitted.

I know that I have a right to receive a copy of this authorization upon request and agree that a photographic copy of this authorization is as valid as the original.

I further authorize the Aetna and/or its authorized representatives or agents to request reports and information from the Social Security Administration regarding benefits, earnings and employer information, and any award, disallowance or termination relating to benefits.

| Print Name *(Last, First, Middle Initial)* | |
|---|---|
| Signature of Employee | Date Signed *(MM/DD/YYYY)* |

**If the person signing this authorization is not the member,** describe relationship to the member.

_____

If this authorization is being signed by the member's legal representative, you must furnish a copy of the Power of Attorney or other relevant document authorizing you to act on the member's behalf.

Mail this completed form to: **Aetna Life Insurance Company**

P.O. Box 14560
Lexington, KY 40512-4560
Fax Number: **1-866-667-1987**

**MI DT 48-045  WKAB-Generic**
GC-1499-5 (7-14) H

R-POD



Claim Number: 11033296

| Employee Name |
| --- |
| RAISIN, TESSA |

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention California Residents:** For your protection, California law requires notice of the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

MI DT 48-045  WKAB

GC-1499-5 (7-14)

Page 2



Claim Number: 11033296
Social Security Administration
**Consent for Release of Information**

Form Approved
OMB No. 0960-0566

## Instructions for Using this Form

Complete this form only if you want us to give information or records about you, a minor, or a legally incompetent adult, to an individual or group (for example, a doctor or an insurance company). If you are the natural or adoptive parent or legal guardian, acting on behalf of a minor child, you may complete this form to release only the minor's non-medical records. We may charge a fee for providing information unrelated to the administration of a program under the Social Security Act.

**NOTE:** Do not use this form to:

• Request the release of medical records on behalf of a minor child. Instead, visit your local Social Security office or call our toll-free number, 1-800-772-1213 (TTY-1-800-325-0778), or

• Request detailed information about your earnings or employment history. Instead, complete and mail form SSA-7050-F4. You can obtain form SSA-7050-F4 from your local Social Security office or online at www.ssa.gov/online/ssa-7050.pdf.

## How to Complete this Form

We will not honor this form unless all required fields are completed. An asterisk (*) indicates a required field. Also, we will not honor blanket requests for "any and all records" or the "entire file." You must specify the information you are requesting and you must sign and date this form. We may charge a fee to release information for non-program purposes.

• Fill in your name, date of birth, and social security number or the name, date of birth, and social security number of the person to whom the requested information pertains.

• Fill in the name and address of the person or organization where you want us to send the requested information.

• Specify the reason you want us to release the information.

• Check the box next to the type(s) of information you want us to release including the date ranges, where applicable.

• You, the parent or the legal guardian acting on behalf of a minor child or legally incompetent adult, must sign and date this form and provide a daytime phone number.

• If you are not the individual to whom the requested information pertains, state your relationship to that person. We may require proof of relationship.

### PRIVACY ACT STATEMENT

Section 205(a) of the Social Security Act, as amended, authorizes us to collect the information requested on this form. We will use the information you provide to respond to your request for access to the records we maintain about you or to process your request to release your records to a third party. You do not have to provide the requested information. Your response is voluntary; however, we cannot honor your request to release information or records about you to another person or organization without your consent. We rarely use the information provided on this form for any purpose other than to respond to requests for SSA records information. However, the Privacy Act (5 U.S.C. § 552a(b)) permits us to disclose the information you provide on this form in accordance with approved routine uses, which include but are not limited to the following:

1. To enable an agency or third party to assist Social Security in establishing rights to Social Security benefits and or coverage;
2. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level;
3. To comply with Federal laws requiring the disclosure of the information from our records; and,
4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity of SSA programs.

We may also use the information you provide when we match records by computer. Computer matching programs compare our records with those of other Federal, State, or local government agencies. We use information from these matching programs to establish or verify a person's eligibility for Federally-funded or administered benefit programs and for repayment of incorrect payments or overpayments under these programs. Additional information regarding this form, routine uses of information, and other Social Security programs is available on our Internet website, www.socialsecurity.gov, or at your local Social Security office.

### PAPERWORK REDUCTION ACT STATEMENT

This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 3 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. You can find your local Social Security office through SSA's website at** www.socialsecurity.gov**. Offices are also listed under U.S. Government agencies in your telephone directory or you may call 1-800-772-1213 (TTY 1-800-325-0778).** You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401. **Send _only_ comments relating to our time estimate to this address, not the completed form.**

Form SSA-3288 (07-2013) EF (07-2013) Destroy Prior Editions



Social Security Administration
Consent for Release of Information

Form Approved
OMB No. 0960-0566

*You must complete all required fields. We will not honor your request unless all required fields are completed. (*signifies a required field).*
**TO: Social Security Administration**

TESSA RAISIN                              11/21/1982

_____       _____       _____
**\*My Full Name**                      **\*My Date of Birth**                      **\*My Social Security Number**
                                        **(MM/DD/YYYY)**

I authorize the Social Security Administration to release information or records about me to:
**\*NAME OF PERSON OR ORGANIZATION:**            **\*ADDRESS OF PERSON OR ORGANIZATION**
                                                  P.O. Box 14560
_____
_____                          Lexington, KY 40512-4560
_____

**\*I want this information released because:** _____
*We may charge a fee to release information for non-program purposes.*
_____
_____

**\*Please release the following information selected from the list below:**
*You must specify the records you are requesting by checking at least one box. We will not honor a request for "any and all records" or "my entire file."*
*Also, we will not disclose records unless you include the applicable date ranges where requested.*

1. ☐ Social Security Number
2. ☐ Current monthly Social Security benefit amount
3. ☐ Current monthly Supplemental Security Income payment amount
4. ☐ My benefit or payment amounts from date _____ to date _____
5. ☐ My Medicare entitlement from date _____ to date _____
6. ☐ Medical records from my claims folder(s) from date _____ to date _____
   If you want us to release a minor child's medical records, do not use this form. Instead, contact your local Social Security office.
7. ☐ Complete medical records from my claims folder(s)
8. ☐ Other record(s) from my file **(you must specify the records you are requesting, e.g., doctor report, application, determination or questionnaire)**
_____
_____

**I am the individual, to whom the requested information or record applies, or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult. I declare under penalty of perjury (28 CFR § 16.41(d)(2004)) that I have examined all the information on this form, and any accompanying statements or forms, and it is true and correct to the best of my knowledge. I understand that anyone who knowingly or willfully seeks or obtain access to records about another person under false pretenses is punishable by a fine of up to $5,000. I also understand that I must pay all applicable fees for requesting information for a non-program-related purpose.**
**\*Signature:**_____     **\*Date:**_____

**\*Address:** _____

**Relationship *(if not the individual)*:**_____     **\*Daytime Phone:**_____
Witnesses must sign this form ONLY if the above signature is by mark (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.
1.Signature of witness:_____     2.Signature of witness : _____

Address:_____     Address:_____
(Number and street,City,State, and Zip Code)          (Number and street,City,State, and Zip Code)

**Form SSA-3288** (07-2013) EF (07-2013)



# aetna™

Disability Services
P.O. Box 14560
Lexington KY 40512

********************************SNGLP
3L7 5 SP 1-780                         5

TESSA RAISIN
KANTOR AND KANTOR
19839 NORDHOFF ST
NORTHRIDGE CA 91324-3331



# aetna®

RECEIVED
APR 1 5 2016
BY

**P.O. Box 14560**
**Lexington, KY 40512-4560**

Phone: 1-866-326-1380
Fax: 1-866-667-1987

April 11, 2016

KANTOR AND KANTOR
Attn: Glenn Kantor
19839 NORDHOFF ST
NORTHRIDGE CA - 91436

| | |
|---|---|
| Group Control No: | 0473412 |
| Employer: | Drinker Biddle & Reath LLP |
| Employee: | MS. TESSA RAISIN |
| Disability Claim Case No: | 11033296 |

Dear Mr. Kantor:

The Drinker Biddle & Reath LLP Long-Term Disability (LTD) group policy (Policy) is underwritten by Aetna Life Insurance Company (Aetna). We are writing to you regarding the Long-Term Disability (LTD) claim of Tessa M. Raisin with Drinker Biddle & Reath LLP.

Enclosed with this letter is a Kaiser Permanente Authorization for Disclosure of Health Information. We are requesting that Ms. Raisin complete the authorization and return it to us by April 25, 2016. The information in the medical records we have received from Ms. Raisin's medical providers indicates that she has consulted with Dr. Mohammad Ashori. We have confirmed that Dr. Ashori is employed by Kaiser Permanente. We will be requesting copies of Ms. Raisin's medical records from Dr. Ashori and any other medical or mental health providers she has seen through Kaiser Permanente.

Thank you for your cooperation.

The Consumer Communications Bureau with the California Department of Insurance is available to assist customers with claims they feel have been wrongfully denied or rejected. Consumers may call or write the Bureau to have claims reviewed. Callers outside California and those in California (area codes 213 or 310), may contact the Consumer Communication Bureau at **1-213-897-8921**. The number for the rest of California is **1-800-927-HELP**. The mailing address is: Consumer Communications Bureau, California Department of Insurance, 300 S. Spring Street, Los Angeles, CA 90013.
If you have any questions, please call 1-866-326-1380.

Sincerely,

GORDON HARRIS
SR DISABILITY RISK MGR
Aetna Life Insurance Company

Kaiser Permanente - Authorization for Release of Health Information

EXHIBIT _____2_____

Aetna is the brand name used for products and services provided by one or more of the Aetna group of subsidiary companies, including Aetna Life Insurance Company and its affiliates (Aetna). ©2013 Aetna Inc.

Claim Number: 11033296

**KAISER PERMANENTE.**

Kaiser Foundation Hospitals
Permanente Medical Groups

## AUTHORIZATION FOR USE OR DISCLOSURE OF PATIENT HEALTH INFORMATION

Note: Fees may apply to certain requests

| | |
|---|---|
| Patient Name: TESSA RAISIN | |
| Kaiser #: _____ | Date of Birth: _____ |
| Address: _____ | |
| City: _____ | |
| State: _____ | ZIP Code: _____ |
| Phone #: (_____) _____ | |
| E-mail: _____ | |

### Kaiser Permanente will not condition treatment, payment, enrollment or eligibility for benefits on providing, or refusing to provide this authorization.

| This authorizes the following Kaiser Permanente Medical Center(s): _____ | Kaiser Permanente may disclose this information to: |
|---|---|
| to disclose information as specified below for the following purpose(s): _____ _____ _____ | ☐ Check if same as above (disclosure to patient) |
| | **Recipient Name:** Aetna Life Insurance Company |
| | Address: P.O. Box 14560 |
| | City: Lexington |
| | State: KY   ZIP Code: 40512-4560 |
| | Phone #: 1-866-326-1380   Fax #: 1-866-667-1987 |
| | E-mail: _____ |

**Copies of records or medical record information within the following dates:** _____ to_____

☐ Both Hospital and Medical Office Records    ☐ Medical Office Records    ☐ Hospital Records
☐ Records limited to a specific provider: _____ or department: _____
☐ X-Ray films    ☐ X-Ray Digital Images    ☐ Laboratory Results

**NOTE: Hospital and Medical Office records may include disclosure of information related to mental health, alcohol/drug, and HIV references contained within those records as part of this authorization.**

**The actual treatment records from mental health, or alcohol/drug departments, or results of HIV antibody tests are specifically protected, and will not be disclosed unless you sign below.**

Mental Health department records    → Signature: _____

Alcohol/Drug dependency treatment records → Signature: _____

HIV antibody test results    → Signature: _____

| **Media Type:** ☐ Electronic  ☐ Paper | **Delivery Preference:** ☐ E-mail/Secure Portal  ☐ Mail  ☐ Pickup |
|---|---|

**DURATION:** This authorization shall remain in effect for one year from the date of signature unless a different date is specified here _____ (date).

**REVOCATION:** You or your representative can revoke this authorization upon written request. If you revoke it, will not affect information disclosed before the receipt of the written request.

**REDISCLOSURE:** Once this health information is disclosed, how the recipient further discloses it may no longer be protected under federal privacy law (HIPAA). California recipients are required to obtain your authorization before further disclosing this information.

If you are requesting a form to be completed, we may substitute a standardized version of the form that provides the same or similar information requested.

A copy of this authorization is as valid as an original. I have the right to receive a copy of this authorization.

_____    _____    _____
Date             Signature                        If not patient, print your name and relationship

SCAL: NS-9934 (6-12) SPANISH-NS-1614; CHINESE-NS-6274
NCAL: 90258 (REV. 6-12) SPANISH 01782-000; CHINESE 01782-002



# aetna®

**P.O. Box 14560**
**Lexington, KY 40512-4560**

RECEIVED
APR 2 1 2016
BY:

Phone: 1-866-326-1380
Fax: 1-866-667-1987

April 15, 2016

KANTOR AND KANTOR
ATTN: GLENN KANTOR
19839 NORDHOFF ST
NORTHRIDGE CA - 91436

| | |
|---|---|
| Group Control No: | 0473412 |
| Employer: | Drinker Biddle & Reath LLP |
| Employee: | MS. TESSA RAISIN |
| Disability Claim Case No: | 11033296 |

Dear Mr. Kantor:

I am writing in regard to the Long-Term Disability (LTD) claim of Tessa M. Raisin, who is currently receiving LTD Benefits while we continue to investigate her LTD claim under the Drinker Biddle & Reath LLP group policy. The Drinker Biddle & Reath LLP group LTD policy is underwritten by Aetna Life Insurance Company (Aetna). Ms. Raisin's LTD claim is currently being paid under reservation of rights while we investiagte her entitlement to LTD benefits.

In prior correspondence I explained that we are in the process of obtaining medical records for our review of Ms. Raisin's claim. To obtain the records, Cedars-Sinai, UCLA Medical Center and Kaiser Permanente have all requested that Ms. Raisin complete their authorizations to release medical records. I have enclosed the authorizations with this letter.

***Please ask Ms. Raisin to complete the enclosed authorizations by April 27, 2016, and send them back to us.***

Thank you for your cooperation.

The Consumer Communications Bureau with the California Department of Insurance is available to assist customers with claims they feel have been wrongfully denied or rejected. Consumers may call or write the Bureau to have claims reviewed. Callers outside California and those in California (area codes 213 or 310), may contact the Consumer Communication Bureau at **1-213-897-8921**. The number for the rest of California is **1-800-927-HELP**. The mailing address is: Consumer Communications Bureau, California Department of Insurance, 300 S. Spring Street, Los Angeles, CA 90013. If you have any questions, please call 1-866-326-1380.

Sincerely,

GORDON HARRIS
SR DISABILITY RISK MGR
Aetna Life Insurance Company

EXHIBIT ____3____

Aetna is the brand name used for products and services provided by one or more of the Aetna group of subsidiary companies, including Aetna Life Insurance Company and its affiliates (Aetna). ©2013 Aetna Inc.

**RPid #2657118**

**KAISER PERMANENTE.**

[*Kaiser Permanente entities are
listed on reverse side of this form]

**AUTHORIZATION FOR USE
OR DISCLOSURE OF PATIENT
HEALTH INFORMATION**
Note: Fees may apply to certain requests

Patient Name: RAISIN, TESS M

Medical Record number: _____  Birth Date: 11/21/1982

Address: _____

City: _____  State: _____

Zip Code: _____  Phone #: ( )_____

Email: _____

---

Kaiser Permanente may disclose this information to: ☐ Check if same as above

Recipient Name: AETNA - Disability Claims c/o ReleasePoint, Inc

| Address: PO Box 1390 | City: St. Peters | State: MO | Zip Code: 63376 |
|---|---|---|---|
| Phone # ( ) | Email: providers@releasepoint.com | | |

---

This disclosure can be used for the following purpose(s): ☐ Personal Use  ☒ Legal  ☒ Insurance
☐ Medical Treatment  ☒ Medical Condition Verification  ☒ Disability  ☐ FMLA  ☐ Worker's Comp

---

**Check one of the following three options to identify the health information to be released:**

☐ **Option 1:** Form Completion (a substitute form or relevant medical records may be released)

☐ **Option 2:** Last 2 years of Kaiser Permanente Medical Office and Kaiser Foundation Hospital records

☒ **Option 3:** ☒KP Medical Office  ☒Kaiser Foundation Hospital  ☒ Immunization  ☒ Lab Results
☒Diagnostic Images  ☒ Pharmacy  ☐ Copays & Deductibles  ☒ Itemized Billing

Complete as applicable
☒ For the specific date(s): from 01/2012 to Present
☐ For the specific provider(s): _____
☐ For the specific department(s): _____
☒ Other: all PHI, excluding x-ray films

---

**NOTE:** Hospital and Medical Office records released as part of this authorization may contain references related to mental health, addiction, and HIV medical conditions.

---

**Check the boxes below if you want this release to include the following information, Otherwise, this information will be excluded.**

☐ Mental Health Treatment Records  ☐ Addiction Medicine Treatment Records  ☐HIV Test Results

---

**Media Type:** ☒ Electronic  ☐ Paper  **Delivery Preference:** ☒ Electronic  ☐ Mail  ☐ Pickup

---

**DURATION:** Authorization shall remain in effect for one year from the date of signature below. However, in Washington, D.C. permission to release addiction medicine treatment records expires after six (6) months.

**REVOCATION:** You or your personal representative may cancel this authorization for future releases by submitting a written request to the Release of Information Unit listed for your region of service on the reverse side of this form. Your cancellation will not affect information that was released prior to receipt of the written request.

**REDISCLOSURE:** Once this information is released, it may not be protected under federal privacy law (HIPAA). State or other federal law may require the recipient to obtain your authorization before further disclosure.

---

Kaiser Permanente may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization. This disclosure is made at your request. For Virginia patients, a copy of this authorization, and a note stating to whom your information was disclosed will be included in your medical record. A copy of the original authorization is valid. You have a right to a copy of this completed authorization.

---

Date _____  Signature _____  If personal representative, print name/relationship _____

NCAL 00256 REV. 7-15: SPANISH 01786-002, CHINESE 01786-003

ORIGINAL - DISCLOSING PARTY    CANARY - PATIENT

### RPid #2657118

"Kaiser Permanente" means both your insurance company (a Kaiser Permanente health plan) and your doctors (a Permanente medical or dental group). It also includes different groups depending on where you live.

### All states where we do business:

• Kaiser Foundation Hospitals

### California:

• Kaiser Foundation Health Plan, Inc., Northern California Region
• The Permanente Medical Group

• Kaiser Foundation Health Plan, Inc., Southern California Region
• Southern California Permanente Medical Group

### Colorado:

• Kaiser Foundation Health Plan of Colorado
• Colorado Permanente Medical Group, P.C.

### Georgia:

• Kaiser Foundation Health Plan of Georgia, Inc.
• The Southeast Permanente Medical Group, Inc.

### Hawaii:

• Kaiser Foundation Health Plan, Inc., Hawaii Region
• Hawaii Permanente Medical Group, Inc.

### Mid-Atlantic States:

• Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.
• Mid-Atlantic Permanente Medical Group, P.C.

### Northwest:

• Kaiser Foundation Health Plan of the Northwest
• Northwest Permanente, P.C.
• Permanente Dental Associates, P.C.

RPid #2657106

**UCLA** Health

**AUTHORIZATION FOR RELEASE OF (PHI)**
**PROTECTED HEALTH INFORMATION**

Medical Record Number:
Patient Name:
Birth Date:
SSN (Last Four Digits – Only):

I authorize  UCLA HEALTHCARE                                        to release PHI to:
                        (name of person/ facility which has information)
Name of person/ facility to **receive** PHI:  AETNA - Disability Claims c/o ReleasePoint, Inc

Address:  PO Box 1390

City, State & Zip Code:  St Peters, MO 63376

I would like to: ☐ request a **PAPER** copy -**OR**- ☒ request an **ELECTRONIC** copy (CD)

## SPECIFY HEALTHCARE FACILITY FROM WHICH PHI IS REQUESTED

| ☒ Ronald Reagan UCLA Medical Center | ☒ UCLA Medical Center Santa Monica |
|---|---|
| ☐ Resnick Neuropsychiatric Hospital | ☐ Semel Neuropsychiatric Institute |
| ☐ Home Health | ☐ Jules Stein Eye Institute |
| ☐ Clinic | (Specify Name of Clinic) |
| X    UCLA HEALTHCARE | |

## TYPE OF RECORDS

| ☒ MEDICAL | ☒ MENTAL HEALTH (other than psychotherapy notes) |
|---|---|

### Information to be RELEASED

| ☐ Discharge Summary | ☐ Laboratory Reports | ☐ Emergency Medicine Reports |
|---|---|---|
| ☐ Billing Statements | ☐ Dental Records | ☐ History & Physical Exams |
| ☐ Pathology Reports | ☐ Operative Reports | ☐ Radiology & other Diagnostic Reports |
| ☐ EKG | ☐ Radiology & other Diagnostic Images (x-rays, etc.) | ☐ Consultations/Evaluations |
| ☐ Progress Notes | | ☐ Genetic Testing Information |
| ☐ Drug & Alcohol Abuse Information | ☐ Outpatient Clinic Records | ☐ Psychological/Vocational Test Results |
| | | ☐ HIV/AIDS Test Results |
| | | ☐ HIV/AIDS Treatment Information |

☒ Other  All PHI, subject to the following.
For 1/1/12 to present– All Emergency Dept. Admission and Discharge Summaries; Inpatient Psychiatric Admission and
Discharge Summaries; Neurology, Psychiatry, Rheumatology, and Pain Management Evaluations, MRIs, CTs, x-rays, labs,
SPECIFY diagnostic studies; Patient intake questionnaires, pain questionnaires - Seen By; UCLA Medical Center Health  ABOVE:
Information Management"
from 01/2012 to Present

## THE PURPOSE OF THIS RELEASE IS (check one or more)

☐ At the request of the patient/patient representative
☒ Other (state reason)  Claims - Disability Insurance

Initials of Patient or Legal Representative: _____

UCLA Form #30916  Rev. (07/14)                                                        Page 1 of 2

RPid #2657106

**UCLA** Health System

Medical Record Number:
Patient Name: RAISIN, TESS M

**AUTHORIZATION FOR RELEASE OF (PHI)** Birth Date: 11/21/1982
**PROTECTED HEALTH INFORMATION**          SSN (Last Four Digits – Only):

## NOTICE

UCLA Health System and many other organizations and individuals such as physicians, hospitals and health plans are required by law to keep your PHI confidential. If you have authorized the disclosure of your PHI to someone who is not legally required to keep it confidential, it may no longer be protected by state or federal confidentiality laws.

## MY RIGHTS

- I understand this authorization is voluntary. Treatment, payment enrollment or eligibility for benefits may not be conditioned on signing this authorization except if the authorization is for: 1) conducting research-related treatment, 2) to obtain information in connection with eligibility or enrollment in a health plan, 3) to determine an entity's obligation to pay a claim, or 4) to create PHI to provide to a third party.
- I may revoke this authorization at any time, provided that I do so in writing and submit it to the Health Information Management Services, UCLA Health System, 10833 Le Conte Avenue, CHS BH-225, Los Angeles, CA 90095-7305. The revocation will take effect when UCLA Health System receives it, except to the extent that UCLA Health System or others have already relied on it.
- I am entitled to receive a copy of this Authorization.

## EXPIRATION OF AUTHORIZATION

Unless otherwise revoked, this Authorization expires 180th day after signature date (insert applicable date or event). If no date is indicated, this Authorization will expire 12 months after the date of signing this form.

## SIGNATURE

_____ Date: _____ Time: _____AM / PM
(Signature of Patient / Legal Representative)

_____ D.O.B:
Printed Name                          Phone Number (Include Area Code)

_____
(If signed by someone other than the patient, indicate relationship to the patient)

_____ Date: _____ Time: _____AM / PM
Signature of Witness/ Interpreter (only if patient unable to sign)

**UCLA HIMS, Release of Information**
10833 Le Conte Ave, CHS BH225
Los Angeles, CA. 90095-78305
Fax: (310) 983-1468 Phone: (310) 825-6021

UCLA Form #30910 Rev (02/14)                          Page 2 of 2

RPid #2657105

**CEDARS-SINAI**

## AUTHORIZATION FOR USE OR DISCLOSURE OF HEALTH INFORMATION

*Failure to provide all information may invalidate this authorization*

Authorization for: Copies of Medical Record ❑ Paper ☒ Electronic ❑ Other
❑ Inspect or Review Medical Record

| **Patient Information** | Patient Name: RAISIN, TESS M | MRN: |
|---|---|---|
| | (Last Name) (First Name) | |
| | Date of Birth: 11/21/1982 | Phone: |
| | Address: | |
| | City: State: Zip: | |

| **Release To Request From** | I authorize Cedars-Sinai to Release / Request Medical Records | | **For the following:** |
|---|---|---|---|
| | **Release To:** ☒ | | ___ Continuing Care |
| | **Request From:** ❑ | | ___ Insurance |
| | Person / Organization: AETNA - Disability Claims c/o ReleasePoint, Inc. | **Purpose** | ___ Legal |
| | Address: PO Box 1390 | | ___ Personal Use |
| | City / State / Zip: St. Peters, MO 63376 | | x___ Other: |
| | Phone: Fax: | | Claims - Disability Insurance |
| | email: providers@releasepoint.com | | |

| **Information to Release** | Treatment Dates: from 01/2012 to Present | | **Fees** | **Based on California Evidence Code Sections 1560-1567 Fees may be charged for medical record copies.** |
|---|---|---|---|---|
| | ___ Discharge Summary ___ Emergency Record | | | |
| | ___ Operative Report ___ Billing Record | | | |
| | ___ Laboratory Report ___ EKG | | | |
| | ___ Pathology Report ___ Radiology Report | | | |
| | ___ Consultation Report ___ Xray Film / Images CD | | | |
| | x___ Other (*Please Specify*) all PHI, excluding x-ray films | | | |
| | ___ Outpatient / Clinic Record - Clinic / Provider Name: | | | |
| | | | | |
| | **State / Federal Laws require specific authorization to release the following types of information:** | | | |
| | ___ Mental Health ___ HIV test results | | | |
| | ___ Alcohol / Drug Abuse | | | |
| | A separate authorization is required for psychotherapy notes. | | | |

**Health Information Management Department**
**8700 Beverly Blvd., Room 2901, Los Angeles, CA 90048**
**Email: GroupHIDInternetInquiries@cshs.org**
**Fax: 310-423-0113**

Form No. 2034 (Rev. 8/15/13) Front

RPid #2657105

| Delivery Instructions | ❑ Mail records directly to person or organization specified<br>❑ Call Requestor when records are ready for pick up<br><br>I authorize _____ to pick up my medical record copies.<br><br>Relationship to patient: _____<br><br>☒ E-mail: providers@releasepoint.com<br><br>❑ Other: _____ |
|---|---|
| Notice of Rights | I understand that:<br>1. If I refuse to sign this authorization my refusal will not affect my ability to obtain treatment.<br>2. I may inspect or obtain a copy of the health information that I am being asked to allow the use or disclosure of.<br>3. I may revoke this authorization at any time in writing, signed by me or on my behalf and delivered to **Cedars-Sinai Medical Center, Health Information Department, 8700 Beverly Blvd., Room 2901, Los Angeles, CA 90048.**<br>4. If I revoke this authorization, the revocation will not have any effect on any actions taken prior to receiving the revocation.<br>5. I have a right to receive a copy of this authorization.<br>6. Information disclosed pursuant to this authorization could be re-disclosed by the recipient and may no longer be protected by federal confidentiality law (HIPAA). However, California law prohibits the person receiving my health information from making further disclosure of it unless another authorization for such disclosure is obtained from me or unless such disclosure is specifically required or permitted by law.<br>7. If this ❑ is checked, the Requestor will receive compensation for the use or disclosure of my information. |
| Expiration | Without my written revocation, this authorization will automatically expire upon satisfaction of the need for disclosure, but in any event will expire 180 days from the date hereof, unless otherwise specified: 180th day after signature date |
| Signature | Signature: _____ *(Patient or Legal Representative)*<br>Date: _____<br>Legal Representative Relationship: _____ |

**Health Information Management Department**
8700 Beverly Blvd., Room 2901, Los Angeles, CA 90048
Email: GroupHIDInternetInquiries@cshs.org
Fax: 310-423-0113

Form No. 2034 (Rev. 6/15/13) Back



**P.O. Box 14560**
**Lexington, KY 40512-4560**

Phone: 1-866-326-1380
Fax: 1-866-667-1987



RECEIVED
APR 2 5 2016
BY




April 21, 2016

KANTOR AND KANTOR 19839 NORDHOFF ST
ATTN: GLENN KANTOR
NORTHRIDGE CA - 91436

| | |
|---|---|
| Group Control No: | 0473412 |
| Employer: | Drinker Biddle & Reath LLP |
| Employee: | MS. TESSA RAISIN |
| Disability Claim Case No: | 11033296 |

Dear Mr. Kantor:

I am writing concerning our review of Tessa M. Raisin's Long-Term Disability (LTD) claim, under the Drinker Biddle & Reath LLP Long-Term Disability (LTD) group policy. The Drinker Biddle & Reath LLP Long-Term Disability is underwritten by Aetna Life Insurance Company (Aetna).

We have determined that additional information is needed from Ms. Raisin for our review of her LTD claim.

**Please ask Ms. Raisin to contact Highmark Blue Cross Blue Shield upon receipt of this letter, and request that they send her a copy of her Explanation of Benefits and Pharmacy History for the period of January 1, 2012, through December 31, 2012. This information is needed for our review of her LTD claim, specifically the Preexisting Condition investigation.**

Please send us the Blue Cross Blue Shield information within 30 days from the date you receive this letter.

Thank you for your cooperation.

The Consumer Communications Bureau with the California Department of Insurance is available to assist customers with claims they feel have been wrongfully denied or rejected. Consumers may call or write the Bureau to have claims reviewed. Callers outside California and those in California (area codes 213 or 310), may contact the Consumer Communication Bureau at **1-213-897-8921**. The number for the rest of California is **1-800-927-HELP**. The mailing address is: Consumer Communications Bureau, California Department of Insurance, 300 S. Spring Street, Los Angeles, CA 90013. If you have any questions, please call 1-866-326-1380.

Sincerely,

GORDON HARRIS
SR DISABILITY RISK MGR
Aetna Life Insurance Company

EXHIBIT ___4___

Aetna is the brand name used for products and services provided by one or more of the Aetna group of subsidiary companies, including Aetna Life Insurance Company and its affiliates (Aetna). ©2013 Aetna Inc.

# aetna®

P.O. Box 14560
Lexington, KY 40512-4560

Phone: 1-866-326-1380
Fax: 1-866-667-1987

April 22, 2016

TESSA RAISIN
KANTOR AND KANTOR 19839 NORDHOFF ST
NORTHRIDGE CA - 91436

| | |
|---|---|
| Group Control No: | 0473412 |
| Employer: | Drinker Biddle & Reath LLP |
| Employee: | MS. TESSA RAISIN |
| Disability Claim Case No: | 11033296 |

Dear Tessa M Raisin:

The Drinker Biddle & Reath LLP Long-Term Disability (LTD) group policy (Policy) is underwritten by Aetna Life Insurance Company (Aetna).

At this time, we need to obtain a signed Authorization for Disclosure of your Psychotherapy Notes form in order to obtain information from your treating provider and continue our review of your LTD benefits. Your medical care or treatment is not conditioned on signing this authorization. However, the failure to sign this authorization may affect Aetna's ability to evaluate and process your claim for disability benefits and may be a basis for denial of your claim.

Enclosed please find a Patient Authorization for Disclosure of Psychotherapy Notes form. Please return the completed form in the enclosed, self-addressed envelope or you may also return via fax to 1-866-667-1987. We would appreciate receipt of the completed forms by 05/05/2016.
For questions about this letter or your claim, you can call us at **1-866-326-1380**.

Sincerely,

GORDON HARRIS
SR DISABILITY RISK MGR
Aetna Life Insurance Company

Enclosures:
Return Envelope
Patient Authorization for Disclosure of Psychotherapy Notes

EXHIBIT ___5___

Aetna is the brand name used for products and services provided by one or more of the Aetna group of subsidiary companies, including
Aetna Life Insurance Company and its affiliates (Aetna). ©2013 Aetna Inc.

Claim Number: 11033296

# aetna®

## Patient Authorization for Disclosure of Psychotherapy Notes

Aetna Life Insurance Company
P.O. Box 14560
Lexington, KY 40512-4560
Phone: **1-866-326-1380**
Fax: **1-866-667-1987**

When signed and dated by you, this form authorizes your mental health care provider to disclose psychotherapy notes to the person(s) identified below. *Psychotherapy notes are notes recorded by your mental health care provider that (i) document or analyze his/her conversations with you during private, group or family counseling sessions, and (ii) are maintained by your mental health care provider separately from the rest of your medical records.*

| Last Name | First Name | | Middle Initial |
|---|---|---|---|
| Claim Number | Year of Birth | Daytime Telephone Number *(include area code)* | |
| Street Address | City, State and ZIP | | |

I, _____, hereby authorize _____ to disclose the
        (print name)                                          (print name of mental health provider)

psychotherapy notes identified below to **Aetna Life Insurance Company and its affiliates ("Aetna")**. This authorization is for the disclosure of psychotherapy notes only. However, I understand that such notes may contain information on general medical care or treatment for substance abuse, information about acts of domestic abuse, or HIV/AIDS or other communicable or sexually-transmitted diseases, including any such treatment that may have been provided by other health care providers.

The purpose of this disclosure is to provide documentation for my claim for disability benefits and for the administration, performance evaluation, and management of my disability plan.

The psychotherapy notes to be disclosed are for the following dates of service (can be specific dates of service or a range of dates):

_____  _____  _____  _____
_____  _____  _____  _____

I understand and agree as follows:
1. I may revoke this authorization at any time by written notice to:
   Aetna Life Insurance Company

   Any such revocation shall not apply to psychotherapy notes I authorized for disclosure prior to the date of my revocation.
2. This authorization is effective as of the date signed below and will remain in effect until the earlier of the date all of the psychotherapy notes identified above have been disclosed or ___/___/20___ (must be 1 year or less after the date signed below).
3. My medical care or treatment is not conditioned on signing this authorization. However, the failure to sign may affect Aetna's ability to evaluate and process my claim for disability benefits and may be a basis for denying my claim.
4. *Aetna may re-disclose information from my psychotherapy notes to others involved in my claim for disability benefits* (for example, Aetna affiliates or my below-named employer or it's benefit plan or claims administrator(s), their related companies, auditors, contractors, investigators, attorneys, and service consultants, authorized union representatives, health care providers treating or evaluating me or my claim, and other individuals or entities involved in administering, evaluating, and managing the plan or my claim) without my knowledge or consent, and therefore the privacy of such notes may no longer be protected by law. Termination of this authorization shall not affect re-disclosure of psychotherapy notes I authorized for disclosure prior to the date of termination.

**NOTE TO INSURED INDIVIDUALS IN NEW MEXICO:** Aetna may receive confidential abuse information from persons other than you or the protected person. Aetna is prohibited by law from using confidential abuse status as a basis for denying, refusing to issue, renew or reissue or canceling or otherwise terminating a policy, restricting or excluding coverage or benefits of a policy or charging a higher premium for a policy. You have the right to access and correct all confidential abuse information Aetna receives. Upon request, we will provide you full notice of the information prescribed in 13 NMAC 7.5.8 [13.7.5.8 NMAC]. If you wish to be a protected person, you may notify Aetna at the address listed on the first page of this Authorization.

**NOTE TO MENTAL HEALTH PROVIDER:** The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for psychotherapy notes. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

| Employer's Name | |
|---|---|
| Claimant's Name (Print) | Date |
| Claimant's or Legal Representative's Signature | Legal Representative's Name and Relationship |

**WKAB-ACS Only**
GR-68749 (6-13) C

R-POD

# aetna®

P.O. Box 14560
Lexington, KY 40512-4560

Phone: 1-866-326-1380
Fax: 1-866-667-1987

May 14, 2016

TESSA RAISIN
KANTOR AND KANTOR 19839 NORDHOFF ST
NORTHRIDGE CA - 91436

| | |
|---|---|
| Group Control No: | 0473412 |
| Employer: | Drinker Biddle & Reath LLP |
| Employee: | MS. TESSA RAISIN |
| Disability Claim Case No: | 11033296 |

Dear Tessa M Raisin:

The Drinker Biddle & Reath LLP Long-Term Disability (LTD) group policy (Policy) is underwritten by Aetna Life Insurance Company (Aetna).

At this time, we need to obtain a signed Authorization for Disclosure of your Psychotherapy Notes form in order to obtain information from your treating provider and continue our review of your LTD benefits. Your medical care or treatment is not conditioned on signing this authorization. However, the failure to sign this authorization may affect Aetna's ability to evaluate and process your claim for disability benefits and may be a basis for denial of your claim.

Enclosed please find a Patient Authorization for Disclosure of Psychotherapy Notes form. Please return the completed form in the enclosed, self-addressed envelope or you may also return via fax to 1-866-667-1987. We would appreciate receipt of the completed forms by 05/26/2016.
For questions about this letter or your claim, you can call us at 1-866-326-1380.

Sincerely,

GORDON HARRIS
SR DISABILITY RISK MGR
Aetna Life Insurance Company

Enclosures:
Return Envelope
Patient Authorization for Disclosure of Psychotherapy Notes

EXHIBIT _____6_____

Aetna is the brand name used for products and services provided by one or more of the Aetna group of subsidiary companies, including Aetna Life Insurance Company and its affiliates (Aetna). ©2013 Aetna Inc.

Claim Number: 11033296

# aetna®

## Patient Authorization for Disclosure of Psychotherapy Notes

Aetna Life Insurance Company
P.O. Box 14560
Lexington, KY 40512-4560
Phone: **1-866-326-1380**
Fax: **1-866-667-1987**

When signed and dated by you, this form authorizes your mental health care provider to disclose psychotherapy notes to the person(s) identified below. *Psychotherapy notes are notes recorded by your mental health care provider that (i) document or analyze his/her conversations with you during private, group or family counseling sessions, and (ii) are maintained by your mental health care provider separately from the rest of your medical records.*

| Last Name | First Name | | Middle Initial |
|---|---|---|---|
| Claim Number | Year of Birth | Daytime Telephone Number *(include area code)* | |
| Street Address | City, State and ZIP | | |

I, _____, hereby authorize _____ to disclose the
(print name)                                     (print name of mental health provider)
psychotherapy notes identified below to **Aetna Life Insurance Company and its affiliates ("Aetna")**. This authorization is for the disclosure of psychotherapy notes only. However, I understand that such notes may contain information on general medical care or treatment for substance abuse, information about acts of domestic abuse, or HIV/AIDS or other communicable or sexually-transmitted diseases, including any such treatment that may have been provided by other health care providers.

The purpose of this disclosure is to provide documentation for my claim for disability benefits and for the administration, performance evaluation, and management of my disability plan.

The psychotherapy notes to be disclosed are for the following dates of service (can be specific dates of service or a range of dates):

_____  _____  _____  _____
_____  _____  _____  _____

I understand and agree as follows:
1. I may revoke this authorization at any time by written notice to:
   Aetna Life Insurance Company

   Any such revocation shall not apply to psychotherapy notes I authorized for disclosure prior to the date of my revocation.
2. This authorization is effective as of the date signed below and will remain in effect until the earlier of the date all of the psychotherapy notes identified above have been disclosed or ____/____/20____ (must be 1 year or less after the date signed below).
3. My medical care or treatment is not conditioned on signing this authorization. However, the failure to sign may affect Aetna's ability to evaluate and process my claim for disability benefits and may be a basis for denying my claim.
4. *Aetna may re-disclose information from my psychotherapy notes to others involved in my claim for disability benefits* (for example, Aetna affiliates or my below-named employer or it's benefit plan or claims administrator(s), their related companies, auditors, contractors, investigators, attorneys, and service consultants, authorized union representatives, health care providers treating or evaluating me or my claim, and other individuals or entities involved in administering, evaluating, and managing the plan or my claim) without my knowledge or consent, and therefore the privacy of such notes may no longer be protected by law. Termination of this authorization shall not affect re-disclosure of psychotherapy notes I authorized for disclosure prior to the date of termination.

**NOTE TO INSURED INDIVIDUALS IN NEW MEXICO:** Aetna may receive confidential abuse information from persons other than you or the protected person. Aetna is prohibited by law from using confidential abuse status as a basis for denying, refusing to issue, renew or reissue or canceling or otherwise terminating a policy, restricting or excluding coverage or benefits of a policy or charging a higher premium for a policy. You have the right to access and correct all confidential abuse information Aetna receives. Upon request, we will provide you full notice of the information prescribed in 13 NMAC 7.5.8 [13.7.5.8 NMAC]. If you wish to be a protected person, you may notify Aetna at the address listed on the first page of this Authorization.

**NOTE TO MENTAL HEALTH PROVIDER:** The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for psychotherapy notes. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

| Employer's Name | |
|---|---|
| Claimant's Name (Print) | Date |
| Claimant's or Legal Representative's Signature | Legal Representative's Name and Relationship |

**WKAB-ACS Only**
GR-68749 (6-13) C

R-POD



# Fax Message

___

**To:**       Glen R. Kantor

**Fax:**      818-350-6272

**From:**     Meyer, Bridget E

**Date:**     6/20/2016 2:52 PM
**Pages:**    1 of 11 (including this page)
**Subject:**  Tessa Raisin Long Term Disability.

___

<u>Disclaimer:</u>
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information.  If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2.  A general authorization for the release of medical or other information is NOT sufficient for this purpose.  The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

EXHIBIT ___7_____

Dear Mr. Kantor,

Please find attached a copy of a letter advising of release of benefits and outstanding information needed to complete our investigation into the LTD benefits for your client Tessa Raisin.

Thank you

**Bridget Meyer**
**Senior Technical Specialist**
Aetna Disability & Absence Management
Phone: 207-228-9192
Fax: 866-667-1987
Email: MeyerB@AETNA.com

Ӿ Aetna



**P.O. Box 14560**
**Lexington, KY 40512-4560**

Phone: 1-866-326-1380
Fax: 1-866-667-1987

June 20, 2016

TESSA RAISIN
C/O KANTOR AND KANTOR
19839 NORDHOFF ST
NORTHRIDGE CA - 91436

Dear Mr. Kantor:

I am writing concerning the Long Term Disability (LTD) claim of your client, Tessa M. Raisin, under the Drinker Biddle & Reath LLP group LTD policy. The Drinker Biddle & Reath LLP LTD group policy is underwritten by Aetna Life Insurance Company ("Aetna").

Aetna agrees to issue LTD benefits to Ms. Raisin under the Drinker Biddle & Reath LLP group LTD policy by means of Reservation of Rights while we continue to investigate her LTD claim. However, this payment is being issued with the understanding that Ms. Raisin agrees to cooperate fully with our investigation of her claim.

**We need Ms. Raisin to provide us with all of the information requested in this letter, which is listed in items 1-19, by July 20, 2016.** Failure to provide us with all of the information noted in those items, which involves her written responses to questions shown in items 13, and 16-19, could result in denial of her LTD claim for non-compliance to provide Documentation we have requested.

The Drinker Biddle & Reath group LTD policy, in the Reporting of Claims section, outlines Ms. Raisin's responsibility to provide Aetna with information we request so we can administer her LTD claim.

**Reporting of Claims** states (in part):

Your claim must give proof of the nature and extent of the loss. You must furnish true and correct information as Aetna may reasonably request. At any time, Aetna may require copies of documents to support your claim, including data about employment. You must also provide Aetna with authorizations to allow it to investigate your claim and your eligibility for and the amount of work earnings and other income benefits.

As we proceed with our investigation, it is possible we may need to contact you to obtain additional information, including but not limited to medical authorization forms requested by Ms. Raisin's medical providers, and other documentation we become aware of during the course of our review. We anticipate a timely and full response from Ms. Raisin to any request for information we send to you.

By instituting Reservation of Rights, we are paying Ms. Raisin LTD benefits without an admission of liability. LTD benefit payments are being issued under separate cover for the period of January 26, 2014, through March 31, 2016.

No LTD benefits are being paid at this time beyond March 31, 2016.

We recently determined through analysis of Ms. Raisin's daily billable hours from Drinker Biddle & Reath that Ms. Raisin's last day worked before her Disability began was July 29, 2013. The Drinker Biddle & Reath LLP Group LTD Policy has a 180-day Elimination Period. Therefore, LTD benefits become payable on January 26, 2014.

Aetna is only issuing payment of LTD benefits from January 26, 2014, through March 31, 2016, while we continue

to investigate Ms. Raisin's claim, which includes a Preexisting Conditions review.

Ms. Raisin's cooperation is crucial to our being able to complete a full and fair review of her LTD claim. Since April 2016, I have sent you several letters concerning our investigation, which included claim forms, authorizations and requests for information. In my letter dated April 8, 2016, I explained that Aetna is reviewing Ms. Raisin's LTD claim to determine if her claim was subject to a Preexisting Condition investigation, and whether she met the Group Policy's other provisions, including the Test of Disability. The Test of Disability and Preexisting Conditions provisions of the group policy are stated in the April 8, 2016 letter.

**Request for Claim Information**

As a courtesy, here is another listing of the information we need from Ms. Raisin so we can complete our review of her LTD claim.

Concerning the authorizations listed below, we request that neither you nor Ms. Raisin alter or otherwise limit Aetna's ability to obtain information from the respective companies or agencies.

1. Authorizations (s) for disclosure of health information/medical records from Kaiser Permanente, Cedars-Sinai, UCLA Medical Center, and Clearview Women's Clinic.

2. Aetna's Authorization To Request Protected Health Information To Process A Disability Claim; Patient Authorization for Disclosure of Psychotherapy Notes; and Authorization To Obtain Information.

3. Aetna's Other Income Questionnaire.

4. Aetna's Resource Questionnaire, Medication List, and Medical Professionals List.

5. Social Security Administration Consent for Release of Information.

6. Please send us copies of **all** correspondence concerning Ms. Raisin's Social Security Disability (SSDI) claim, including: copies of her application for SSDI benefits, medical history, vocational history; all function questionnaires she and her attending physicians completed; copies of all notifications from SSDI or Disability Determination Services of appointments for any consultative medical evaluations; copies of all consultative medical evaluation reports, functional capacity evaluations, neuropsychological evaluations; copies of all claim determination letters she has received from the Social Security Administration, including notifications of denial or award, and explanation of SSDI benefits.

7. Please provide the name and contact information of the attorney who represented Ms. Raisin for her SSDI application. We also request that Ms. Raisin contact that attorney and authorize release her Social Security information to Aetna, including the information outlined above in Item 6.

8. Please send us copies of all correspondence Ms. Raisin received from California's State Disability Insurance (SDI) program, including a copy of application for SDI benefits, notices of denial or award, and explanation of benefits.

9. Aetna's Daily Headache Log.
 On April 20, 2016, I sent Aetna's Daily Headache Log to Mr. Hefter via e-mail. I did so after Mr. Hefter contacted me that day and explained that he did not find the Daily      Headache Log forms among the documents I sent to your attention at Kantor & Kantor on April 8, 2016. In my e-mail to Mr. Hefter on April 20, 2016, I wrote, "We request that Ms. Raisin complete the headache log daily for four weeks, and that she begin doing by April 25, 2016. Please send the completed headache logs to Aetna by mail or fax by May 30, 2016." As of the writing of this letter, we have not received the completed Daily Headache Log forms. Please send them to us upon receipt of this letter.

10. Please send us copies of all medical records Ms. Raisin possesses for the period of January 1, 2012, to the present. I understand from my review of the medical records in the LTD claim file that Ms. Raisin has copies of her medical records, including MRI and CT scans/reports.

11. Please have Ms. Raisin provide us with the names, address and phone numbers of all Emergency Rooms or Urgent Care Facilities she presented to for evaluation and/or treatment from January 1, 2012, through the present.

12. Please have Ms. Raisin provide us with the names, address and phone numbers of all pharmacies she has purchased medications (prescribed medications and over-the-counter medications) for the period of January 1, 2012 through the present.

13. Since January 1, 2012, has Ms. Raisin had a Medical Health Savings Account (HSA or FSA)?  **YES**  **NO** If YES, we request that Ms. Raisin contact the HSA or FSA Plan administrator and request a copy of her submitted expense summary, i.e., a breakdown of all medical services and medications she has submitted to the provider for reimbursement from her HSA or FSA account from January 1, 2012, to the present.

14. Please have Ms. Raisin contact Highmark Blue Cross Blue Shield at 1-800-345-3806 and request copies of the Explanation of Benefits history, and Pharmacy history for the period of January 1, 2012, through the present. We understand from medical records in the claim file that her Member ID number is DBO8047354900.

15. Medical documentation in the claim file indicates that Ms. Raisin has received chiropractic care. Please provide us with the names, address and phone numbers for all chiropractors Ms. Raisin has consulted and/or received treatment from as of January 1, 2012, to the present.

16. Has Ms. Raisin worked in any capacity for any employer, other than Drinker Biddle & Reath LLP, from July 30, 2013, to the present?  **YES**  **NO** If YES, please provide us with the name of the employer, job title, hours worked per week, and dates of employment. Please also provide us with the earnings statements and W-2 or 1099 forms from any companies she has worked for, other than Drinker Biddle and Reath, from July 30, 2013 to the present.

17. Has Ms. Raisin been self-employed as of July 30, 2013, to the present?  **YES**  **NO** If YES, please provide us with the name of her business, the nature of her business, and hours worked per week. Please also provide us with a copy of her work earnings, and profit and loss statements from July 30, 2013 to the present.

18. Has Ms. Raisin performed any volunteer activity from July 30, 2013 to the present?  **YES**  **NO** If YES, please provide us with the names of the organizations she volunteered with, the dates of her volunteer activities, a description of the duties, and weekly volunteer hours.

19. Has Ms. Raisin filed a disability claim under Drinker Biddle & Reath LLP's STD or LTD Plans with Unum, or any Individual Disability plan?  **YES**  **NO** If YES, we request that you provide us with copies of all correspondence concerning those claims that Ms. Raisin or you have received, including award or denial notices, and explanation of benefits.

Most of the information listed above was first requested from you in letters sent to your attention during April 2016. We have not received any of the requested information.

**Please send us all of the information listed above upon your receipt of this letter, or at the latest by July 20, 2016.**

**Please provide us a written response to our questions posed in items 13, and 16 through 19, noted above by July 20, 2016.**

Failure to provide us with all of the information requested in this letter could result in denial of Ms. Raisin's LTD claim due to her failure to provide us with Documentation and Proof Of Loss.

**Summary of Basis for Preexisting Condition Investigation**

On July 10, 2012, Ms. Raisin was hired by Drinker Biddle & Reath in her Own Occupation, Civil Litigation Attorney.  At the time she was hired, Drinker Biddle & Reath had Long Term Disability insurance through Unum.

Ms. Raisin became insured under the Unum LTD Plan on August 1, 2012. She continued to be insured under the Unum LTD Plan until December 31, 2012. Effective January 1, 2013, Ms. Raisin became insured under the Drinker Biddle & Reath group LTD policy with Aetna.

During our telephone conversation on May 10, 2016, you told me that Aetna already has all of the information to administer Ms. Raisin's LTD claim, and you do not believe a Preexisting Condition Investigation is necessary because "[Ms. Raisin] worked more than 200 hours in July 2013, and Aetna's group LTD policy includes a

Continuity of Coverage provision."

Aetna does not agree with your position that a Preexisting Condition investigation is unnecessary for Ms. Raisin's LTD claim. This is based on the date her insurance became effective under the prior LTD Plan with Unum, and Aetna's Plan, and our analysis of her daily billable hours during the performance of her Own Occupation for Drinker Biddle & Reath.

On May 6, 2013, we received copies of Ms. Raisin's daily billable hours from Drinker Biddle & Reath. The daily billable hours show that Ms. Raisin ceased working in her Own Occupation, Civil Litigation Attorney, at Drinker Biddle & Reath on July 29, 2013. She did not have any billable hours from July 30, 2013, through September 22, 2013. Thereafter, she had small, infrequent amounts of daily billable hours from September 23, 2013 through May 3, 2014.

Therefore, Ms. Raisin's Disability Date, as evidenced by the daily billable hours from Drinker Biddle & Reath, is July 30, 2013.

Ms. Raisin's daily billable hours establish that her Disability occurred prior to the end of 12-months of continuous coverage under the Aetna and Unum LTD Plans. Therefore, a Preexisting Condition investigation is necessary under both plans.

Concerning your assertion that Ms. Raisin's LTD claim should be excepted from a Preexisting Condition investigation by means of "continuity of coverage" under Aetna' LTD Plan, please note that the following is stated on page 13 of the Drinker Biddle & Reath LTD group policy with Aetna:

**Pre-existing Conditions**

As stated earlier, no benefits will be payable, as to a disability caused by a pre-existing condition. However if:

You had prior coverage on the day before LTD coverage took effect; and
You became covered for this LTD plan on the date it takes effect;

a benefit may be payable if a continuous period of coverage under the prior coverage and this LTD plan are equal to the lesser of:

12 months and;
Any period of limitation as to a pre-existing condition remaining under the prior coverage.

Where the exclusion no longer applies, the amount of monthly benefit and the maximum period for which benefits will be payable, as to a disability caused by a pre-existing condition, will be provided in this LTD plan.

In no event will:

A benefit be payable as to a disability caused by a pre-existing condition, if the disability is excluded by any other terms of this LTD Plan.
A condition will be considered to be a pre-existing condition under this LTD plan if it was not a pre-existing condition under the prior coverage.

As noted earlier, we have established through our review of Ms. Raisin's daily billable hours from Drinker Biddle & Reath that her Disability date is July 30, 2013. She ceased working prior to 12 months from her insurance effective date under the Unum LTD Plan, and the Aetna LTD Plan. Therefore, Ms. Raisin did not satisfy the criteria for exception of a Preexisting Condition investigation as outlined in the provision stated above, specifically because:

Her total length of continuous LTD Insurance under the Unum and Aetna LTD Plans is less than 12 months, and
She became Disabled prior to the end of the 12 month Preexisting Condition Period of both LTD Plans.

We trust this letter satisfies your question as to why Aetna is performing a Preexisting Conditions investigation of Ms. Raisin's LTD claim.

**Summary of Calculation Of LTD Benefits**

LTD Benefits are being paid for the period of January 26, 2014, through March 31, 2016.

The gross LTD benefit amount for Ms. Raisin's claim is $8,655.22 per month, which is calculated based the definition of Scheduled Monthly Benefit from the group policy: 60% of your monthly predisability earnings.

Predisability Earnings is defined in the Drinker Biddle & Reath group policy:
Predisability earnings means the insured's average monthly earnings as figured: a. from the W-2 form (from the box which reflects wages, tips and other compensation excluding bonuses) received from the employer for the calendar year just prior to the date disability begins; or b. for the period of employment if no W-2 form was received.

Box 1 of the 2012 W-2 from for Ms. Raisin from Drinker Biddle & Reath showed a total earnings amount of $89,291.87. The total amount she received for 2012 included a $7,500.00 signing bonus. Bonuses are excluded from Predisability Earnings. Therefore, Ms. Raisin's Predisability Earnings was calculated as $81,791.87 divided by 5.67 months = $14,425.37 per month.

$14,425.37 x 0.6 = **$8,655.22 gross monthly LTD benefit amount.**

The gross LTD benefits are being offset by Other Income (salary continuation, California State Disability Insurance, and Social Security Disability benefits).

Aetna has not received proof that Ms. Raisin was denied California State Disability Insurance (SDI) Benefits. However, Aetna believes Ms. Raisin is entitled to those benefits at the maximum "Hard Dollar Cap" amount of $1,075.00 per week (calculated to a monthly rate $4,658.33). Therefore, we have estimated and deducted California SDI benefits from December 18, 2014, through December 16, 2015. The December 18, 2014, start date of the California SDI offset takes into account that there is a 7-day waiting period for that benefit.

The 7-day waiting period began on December 11, 2014, which is the day after Ms. Raisin's Salary Continuation from Drinker Biddle & Reath ended.

Ms. Raisin was paid her full salary by Drinker Biddle & Reath, from June 11, 2014, through December 10, 2014. ($14,425.27 per month).

Our calculation of the Social Security Disability (SSDI) benefits is based on the Notice of Award letter from the Social Security Administration, which is dated June 5, 2016. Ms. Raisin's entitlement to SSDI benefits began on December 1, 2014, at the monthly amount $2420.50. Effective January 2015, and thereafter, her monthly SSDI benefit is $2,559.20. The Notice of Award letter indicates that the increase in the SSDI benefits was due to credit for additional earnings.

**Net LTD Benefit Due: January 26, 2014, through March 31, 2016: $ 47,410.76**

Please write or call me at 1-866-326-1380 if you have any questions about the information in this letter.

The Consumer Communications Bureau with the California Department of Insurance is available to assist customers with claims they feel have been wrongfully denied or rejected. Consumers may call or write the Bureau to have claims reviewed. Callers outside California and those in California (area codes 213 or 310), may contact the Consumer Communication Bureau at 1-213-897-8921. The number for the rest of California is 1-800-927-HELP. The mailing address is: Consumer Communications Bureau, California Department of Insurance, 300 S. Spring Street, Los Angeles, CA 90013.

Sincerely,

GORDON HARRIS
SR DISABILITY RISK MGR
Aetna Life Insurance Company

Enclosures:
Notice Concerning Benefits
Understanding Your Benefit Payment
Authorization for Direct Deposit of Disability Benefit Payment

# **aetna®**  **Notice Concerning Benefits**

**PLEASE READ CAREFULLY AND RETAIN**

The benefits provided under this plan are a supplement to certain basic income to which you are or may become entitled, such as Federal Social Security. The plan may require you to apply for, not only Social Security, but also certain other disability benefits which may be due you. Aetna Life Insurance Company may advance to you the unreduced disability benefit prior to your receiving other types of basic income if you will follow the steps outlined below:

1. You may be asked, at some future date, to apply for Social Security benefits. If an application is required, Aetna Life Insurance Company has contracted Allsup, Inc. to contact you and assist you with your application for these benefits.

2. If you have already applied for Social Security benefits and your Social Security claim has been approved, please send us a copy (or the original, which will be copied and returned to you) of the award notice immediately. If you receive a payment from Social Security before an award notice, notify us of the amount immediately. If your Social Security is denied, we will need a copy of that notice. Reapplication should be made within 60 days of the date of the denial notice.

   **Note: Social Security benefits payable to your eligible dependents as a result of your disability may also reduce your disability entitlement.**

3. Your first Social Security payment may be retroactive to the sixth month of disability. This may create an overpayment of your disability benefits and you then will be asked to reimburse the disability plan. Therefore, when you receive the retroactive check, and/or award letter, you should send us a copy of the award letter and put the retroactive check in the bank. We then will calculate the overpayment and send you a letter advising you of the amount of the overpayment and how it was calculated. We are required under the plan provisions to seek full reimbursement for all overpayments.

4. Notify us promptly of any income you receive from any of the following sources: Self-employment, any employer, a labor-management plan, union welfare or employee benefit plan, any compulsory benefit act or law, retirement, Railroad Retirement Act, Veterans Administration, any federal, state, municipal, or other government agency, pursuant to any Worker's Compensation law, occupational disease law, maritime doctrine of maintenance, wages, and cure, or any payment for disability under a group insurance plan. Failure to promptly notify us of income from any of the above sources may cause an overpayment, which will be subject to collection at a time that may be less convenient for you.

5. The benefits payable under the disability plan may be subject to Federal Income Tax. Aetna is required to report such benefits annually to Internal Revenue Service. Any information regarding taxability of these benefits should be obtained from the IRS.





## Understanding Your Benefit Payment

When you receive your Long Term Disability (LTD) benefit payment, you may see that we reduced your benefit for various reasons.  Those reasons can be due to taxes, offsets, minimum benefit provisions, overpayments, etc.  This document is to help you better understand why we reduced your benefits.

### TAXES

#### Social Security (FICA)

The federal government requires Social Security (FICA) withholding during the first six full months of disability. FICA withholding will stop if you remain totally disabled beyond six full calendar months.  If you're not subject to Social Security (FICA) withholding, we won't withhold it from you benefits and it won't be noted on your explanation of benefits.

Be sure to do all the things shown in the enclosed "Notice Concerning Benefits." If you don't, you may lose the right to receive LTD benefits in the future.

#### Federal Income Tax (FIT)

The federal government considers your benefit 100% taxable.  When taxes are withheld, we send this money to the appropriate federal taxing agency.

The below will help explain why we deducted those amounts:

- If we have received your completed W-4S form, we withhold the tax filing rate and allowances you told us to withhold. If you'd like us to withhold a different rate, you'll need to send us a revised W-4S form.  We cannot withhold less than $88 per month if we take federal taxes.

### MINIMUM BENEFIT

Under the terms of your policy, there is a minimum monthly benefit.

- Your plan may call for us to calculate your minimum benefit by an amount or a percentage.  In that case, we'll calculate your minimum benefit percentage compared to your benefit amount.  We'll pay you the higher of the 2 amounts.
- If your plan calls for us to calculate the minimum benefit by an amount, we'll send you the flat amount as outlined in your policy.



# aetna®

## Understanding Your Benefit Payment (Cont'd)

### OFFSETS

Your benefit may be reduced for various reasons.  The below list helps explains why your benefit was reduced:

#### Direct offset

Under the terms of your policy, we'll reduce the monthly benefit payment by other income you may be receiving.

#### Non Duplication Limit Amount and percentage

Under the terms of your policy, certain other income is deducted from a percentage of your monthly rate of basic earnings (MRBE).  You can find the percentage in your policy.

#### Back Door Limit Amount No Percentage

Under the terms of your policy, we'll reduce the monthly benefit payment by any income you get that's more than the amount listed on your policy.

#### Back Door Limit All Income Amount and Percentage

Under the terms of your policy, we'll reduce the monthly benefit payable by any income you get that's more than a percentage of your Monthly Rate of Basic Earnings (MRBE) You can find the percentage in your policy.

#### Back Door Limit Family Social Security Amount and Percentage

Under the terms of your policy, we'll reduce the monthly benefit payment by any Family (Dependents) Social Security Benefit payable that's more than a percentage of your Monthly Rate of Basic Earnings (MRBE).  You can find the percentage in your policy.

#### Estimated Family Social Security

We estimated that your Family (Dependents) Social Security benefits are equal to 50% of your Primary Social Security benefits. Go ahead and forward a copy of your Family (Dependents) Social Security Award letter as soon as possible.  You can find more information about this offset in your policy.

#### No benefit amount

If your "other benefit" amounts equal or exceed your maximum monthly benefit, your benefit calculation resulted in a zero dollar amount. Therefore, no payments are due until the total of your "other income" decreases below the gross monthly benefit.

#### Overpayments

If we overpaid you benefits for any reason, we'll deduct the amount overpaid once we discover the overpayment.  We might deduct the amount in a lump sum, or make partial deductions spread over time.



Claim Number: 11033296

# aetna®   Authorization for EFT/Direct Deposit of Disability Benefit Payment

It's easy to set up EFT payments for disability benefits. All you have to do is complete the form below or you may visit us at **https://www.aetnadisability.com.** If you would prefer to complete via the form **please sign and return** the form to Aetna at the address below or you may also fax your information to **1-866-667-1987.**

**Aetna Life Insurance Company (Aetna)**
**P.O. Box 14560**
**Lexington, KY 40512-4560**
**Phone: 1-866-326-1380**
**Fax: 1-866-667-1987**

☐ New     ☐ Change     ☐ Cancel

**Employee Information - _ALL_ fields must be completed.**

| Name | Telephone ( ) |
|---|---|
| Street Address | |
| City | State | ZIP Code |
| Social Security Number __ __ - __ - __ __ __ __ | | |

**Banking Information - _ALL_ fields must be completed.**

| Name of Financial Institution | Telephone ( ) |
|---|---|

Please indicate: ☐ Checking **OR** ☐ Savings **and**

**ATTACH** a copy of a blank check, marked "VOID **OR** provide the information below:

Routing Number: _____

Account Number: _____

**ATTACH HERE**

### ** Please attach a blank check from your Checking Account, marked "VOID" **

If Electronic Funds Transfer (EFT) is available at your financial institution Aetna will send a pre-notification transaction to your financial institution for confirmation. Please allow time for EFT information to be processed by Aetna, which is approximately 10 calendar days from Aetna's receipt of this completed information. Upon completion of the pre-notification process, Aetna will transmit benefit payments via EFT. You may continue to receive benefit payments via check until this process is complete.

**Authorization Agreement**

I authorize Aetna to initiate electronic funds transfers to my account at the financial institution associated with the routing number I entered for all benefit payments on my behalf. This agreement will remain in effect until I provide written notice to withdraw from the direct deposit service or until Aetna or my employer notifies me that this service has been terminated. I understand that I must allow approximately 10 calendar days from Aetna's receipt of this information for my instructions to be executed. If Aetna credits more money to said account than the correct benefit amount to which I am entitled due to duplicate or erroneous funds transfers, I authorize the financial institution to allow Aetna to reverse the transactions. If the reversal is denied by my financial institution, I agree to repay said amounts to Aetna.

| *Authorized Signature(s)* | *Date* |
|---|---|

**EFT** GR-68735 (2-12) C                                                                 **R-POD**





**P.O. Box 14560**
**Lexington, KY 40512-4560**

Phone: 1-866-326-1380
Fax: 1-866-667-1987

August 23, 2016

TESSA RAISIN
C/O KANTOR AND KANTOR
19839 NORDHOFF ST
NORTHRIDGE CA - 91436

| | |
|---|---|
| Group Control No: | 0473412 |
| Employer: | Drinker Biddle & Reath LLP |
| Employee: | MS. TESSA RAISIN |
| Disability Claim Case No: | 11033296 |

Dear Mr. Kantor:

I am writing concerning the Long Term Disability (LTD) claim of your client, Tessa M. Raisin, under the Drinker Biddle & Reath LLP group LTD policy. The Drinker Biddle & Reath LLP LTD group policy is underwritten by Aetna Life Insurance Company ("Aetna").

This is a status update letter. This afternoon, I received the Highmark Blue Cross Blue Shield Authorization for Disclosure of Health Information. Ms. Raisin signed and dated the form on August 16, 2016. We previously requested Ms. Raisin's assistance in obtaining copies of the Explanation of Benefits and Pharmacy history from Highmark Blue Cross Blue Shield for the period of January 1, 2012, through the present. This was requested in our letters of April 21 and June 20, 2016.

I am sending the Authorization to Highmark Blue Cross Blue Shield now. I will review the information upon receipt. As explained in our correspondence to your office, we need to review the Blue Cross Blue Shield information as part of our Preexisting Condition Investigation of Ms. Raisin's LTD claim.

At this time, I am also waiting for Ms. Raisin's medical records from UCLA Medical Center, Kaiser Permanente and Clearview Women's Clinic. I checked on the status of those requests today and see that all of the facilities received the authorizations. As was the case with the Blue Shield Blue Cross Authorization, since April 2016 we sent multiple requests to Ms. Raisin (in letters sent to your office) for the authorizations to be completed; however, we did not receive the completed forms until July 20, 2016.

On August 11, 2016, Mr. Hefter explained in an e-mail sent to my attention that Ms. Raisin completed her California SDI application. He explained that your office will notify Aetna when a decision has been made on her SDI claim. Thank you for your cooperation in this matter.

At this time, I cannot provide you with an anticipated completion date of our Preexisting Condition/LTD claim review for the reasons outlined above. I will continue to provide you periodic status update letters until we complete the review.

Please contact me if you have any questions about this letter or Ms. Raisin's LTD claim.

Sincerely,

Gordon Harris
Senior Disability Risk Manager
Aetna Disability & Absence Management



EXHIBIT

Aetna is the brand name used for products and services provided by one or more of the Aetna group of subsidiary companies, including Aetna Life Insurance Company and its affiliates (Aetna). ©2013 Aetna Inc.



RECEIVED
SEP 3 0 2016
BY:

P.O. Box 14560
Lexington, KY 40512-4560

Phone: 1-866-326-1380
Fax: 1-866-667-1987

September 26, 2016

GLENN KANTOR
RE: TESSA RAISIN
KANTOR AND KANTOR 19839 NORDHOFF ST
NORTHRIDGE CA - 91436

| | |
|---|---|
| Group Control No: | 0473412 |
| Employer: | Drinker Biddle & Reath LLP |
| Employee: | MS. TESSA RAISIN |
| Disability Claim Case No: | 11033296 |

Dear Mr. Kantor:

I am writing to update you on the status of Aetna Life Insurance Company's review of Tessa Raisin's Long-Term Disability claim under the Drinker Biddle & Reath LLP Long-Term Disability (LTD) group policy (Policy).

Enclosed with this letter is a **UCLA Health Authorization for Release of Protected Health Information**. We are sending this form to you because UCLA Health would not accept the authorization provided to them through ReleasePoint, our records copy service. UCLA Health told ReleasePoint the authorization was illegible. I understand that on September 9, 2016, ReleasePoint sent a another copy of the UCLA Health authorization to your office. However, since they have not received the signed authorization from Ms. Raisin contemporaneous to the September 9, 2016 mailing, I am following up on this with you as well.

**Please ask Ms. Raisin to sign and date the enclosed UCLA Healthcare Authorization. Please fax the form to ReleasePoint at 1-626-786-7064, and to Aetna at 1-866-667-1987.**

Other information that is currently outstanding, and is needed before we can continue our review of Ms. Raisin's LTD claim is:

**Clearview Women's Clinic Medical Records**
On September 16, 2016, Clearview Women's Clinic told ReleasePoint that they ordered Ms. Raisin's medical file from their storage facility, and they hope to receive the records soon. On September 19, 2016, ReleasePoint contacted Clearview Women's Clinic again to follow up on the records.

**Highmark Blue Cross Blue Shield**
I requested Ms. Raisin's explanation of benefits and pharmacy history from Highmark Blue Cross Blue Shield. I sent the Highmark authorization Ms. Raisin signed on August 16, 2016, to the company on August 24, 2016, and September 19, 2016. To date, I have not received the information. **I recommend that Ms. Raisin call Highmark Blue Cross Blue Shield at 800-816-5527 and ask them to process the Aetna's request for release of her explanation of benefits and pharmacy records history on a priority basis.**

At this time, I am unable to provide you with a date when we expect to complete our Preexisting Condition review of Ms. Raisin's LTD claim. Aetna needs to receive the information noted in this letter to complete our review.

I will continue to send you periodic status updates. After we complete our review I will also explain the outcome in writing.

**California State Disability Insurance**

EXHIBIT    Aetna is the brand name used for products and services provided by one or more of the Aetna group of subsidiary companies, including Aetna Life Insurance Company and its affiliates (Aetna). ©2013 Aetna Inc.

Today I received a letter from your colleague, Mitch Hefter, which included the notification Ms. Raisin received from the State of California State Disability Insurance (SDI). I understand that Ms. Raisin will be resubmitting or appealing the California SDI denial. Please keep us updated on the status of her application.

The Consumer Communications Bureau with the California Department of Insurance is available to assist customers with claims they feel have been wrongfully denied or rejected. Consumers may call or write the Bureau to have claims reviewed. Callers outside California and those in California (area codes 213 or 310), may contact the Consumer Communication Bureau at 1-213-897-8921. The number for the rest of California is 1-800-927-HELP. The mailing address is: Consumer Communications Bureau, California Department of Insurance, 300 S. Spring Street, Los Angeles, CA 90013. If you have any questions, please call 1-866-326-1380.

Sincerely,

GORDON HARRIS
SR DISABILITY RISK MGR
Aetna Life Insurance Company

**RPid #2657106**

Aetna LTD Claim   Tessa   Raisin Claim# 11033296

**UCLA** Health

Medical Record Number:

Patient Name:

**AUTHORIZATION FOR RELEASE OF (PHI)**
**PROTECTED HEALTH INFORMATION**

Birth Date:

SSN (Last Four Digits – Only):

---

I authorize  UCLA HEALTHCARE _____ to release PHI to:
                 (name of person/ facility which has information)

Name of person/ facility to **receive** PHI:  AETNA - Disability Claims c/o ReleasePoint, Inc.

_____

Address:  PO Box 1390 _____

City, State & Zip Code:  St. Peters, MO 63376

I would like to: ☐ request a **PAPER** copy -OR- ☒ request an **ELECTRONIC** copy (CD)

**SPECIFY HEALTHCARE FACILITY FROM WHICH PHI IS REQUESTED**

| | |
|---|---|
| ☒ Ronald Reagan UCLA Medical Center | ☒ UCLA Medical Center Santa Monica |
| ☐ Resnick Neuropsychiatric Hospital | ☐ Semel  Neuropsychiatric Institute |
| ☐ Home Health | ☐ Jules Stein Eye Institute |
| ☐ Clinic | (Specify Name of Clinic) |
| X    UCLA HEALTHCARE | |

**TYPE OF RECORDS**

| | |
|---|---|
| ☒ MEDICAL | ☒ MENTAL HEALTH (other than psychotherapy notes) |

**Information to be RELEASED**

| | | |
|---|---|---|
| ☐ Discharge Summary | ☐ Laboratory Reports | ☐ Emergency Medicine Reports |
| ☐ Billing Statements | ☐ Dental Records | ☐ History & Physical Exams |
| ☐ Pathology Reports | ☐ Operative Reports | ☐ Radiology & other Diagnostic Reports |
| ☐ EKG | ☐ Radiology & other Diagnostic Images (x-rays, etc.) | ☐ Consultations/Evaluations |
| ☐ Progress Notes | | ☐ Genetic Testing Information |
| ☐ Drug & Alcohol Abuse Information | | ☐ Psychological/Vocational Test Results |
| | ☐ Outpatient Clinic Records | ☐ HIV/AIDS Test Results |
| | | ☐ HIV/AIDS Treatment Information |

☒ **Other** All PHI, subject to the following:
For 1/1/12 to present--COMPLETE MEDICAL RECORDS FROM ALL DEPTS AND LOCATIOS  DEPT AND PROVIDERS _____

SPECIFY DATE/ TIME PERIOD FOR INFORMATION SELECTED ABOVE:
from 01/2012 to Present

**THE PURPOSE OF THIS RELEASE IS (check one or more)**
☐ At the request of the patient/patient representative
☒ Other (state reason)  Claims - Disability Insurance _____

Initials of Patient or Legal Representative: _____

UCLA Form #30910  Rev. (02/14)

Page 1 of 2

RPid #2657106

**UCLA** Health System

Medical Record Number:
Patient Name: RAISIN, TESS M

**AUTHORIZATION FOR RELEASE OF (PHI)** Birth Date: 11/21/1982
**PROTECTED HEALTH INFORMATION**  SSN (Last Four Digits – Only):

## NOTICE
UCLA Health System and many other organizations and individuals such as physicians, hospitals and health plans are required by law to keep your PHI confidential. If you have authorized the disclosure of your PHI to someone who is not legally required to keep it confidential, it may no longer be protected by state or federal confidentiality laws.

## MY RIGHTS
- I understand this authorization is voluntary. Treatment, payment enrollment or eligibility for benefits may not be conditioned on signing this authorization except if the authorization is for: 1) conducting research-related treatment, 2) to obtain information in connection with eligibility or enrollment in a health plan, 3) to determine an entity's obligation to pay a claim, or 4) to create PHI to provide to a third party.
- I may revoke this authorization at any time, provided that I do so in writing and submit it to the Health Information Management Services, UCLA Health System, 10833 Le Conte Avenue, CHS BH-225, Los Angeles, CA 90095-7305. The revocation will take effect when UCLA Health System receives it, except to the extent that UCLA Health System or others have already relied on it.
- I am entitled to receive a copy of this Authorization.

## EXPIRATION OF AUTHORIZATION
Unless otherwise revoked, this Authorization expires 180th day after signature date (insert applicable date or event). If no date is indicated, this Authorization will expire 12 months after the date of signing this form.

## SIGNATURE

_____ Date: _____ Time: _____ AM / PM
(Signature of Patient / Legal Representative)

_____ D.O.B. _____    _____
Printed Name                          Phone Number (Include Area Code)

_____
(If signed by someone other than the patient, indicate relationship to the patient)

_____ Date: _____ Time: _____ AM / PM
Signature of Witness/ Interpreter (only if patient unable to sign)

**UCLA HIMS, Release of Information**
10833 Le Conte Ave, CHS BH225
Los Angeles, CA. 90095-78305
Fax: (310) 983-1468 Phone: (310) 825-6021

UCLA Form #30910  Rev. (02/14)                           Page 2 of 2



**aetna**®

P.O. Box 14560
Lexington, KY 40512-4560

Phone: 1-866-326-1380
Fax: 1-866-667-1987

October 11, 2016

KANTOR AND KANTOR
ATTN: ATTORNEY GLENN KANTOR
19839 NORDHOFF ST
NORTHRIDGE, CA 91324

Group Control No:        0473412
Employer:                Drinker Biddle & Reath LLP
Employee:                MS. TESSA RAISIN
Disability Claim Case No:    11033296

Dear Mr. Kantor:

I am writing to update you on the status of our review of Tessa M. Raisin's Long Term Disability (LTD) claim under the Drinker, Biddle & Reath LLP group LTD policy. I **am also again requesting Ms. Raisin and your firm's assistance in obtaining her Blue Cross Blue Shield insurance history information for the period of January 1, 2012 through December 31, 2012.**

On April 8, 2016, Aetna asked Ms. Raisin to provide us with the name and contact information of the health insurance carrier she was insured under prior to her employment with Drinker, Biddle & Reath. We did not receive a response to our request for the information. However, we subsequently found her health insurance carrier membership card for **Independence Blue Cross** in copies of medical records we received from her treating physicians. The front of the membership card states "Certain Services Provided by Highmark Blue Shield."

On April 21, 2016, and again on June 20, 2016, we sent you letters in which we requested that Ms. Raisin contact Highmark Blue Cross Blue Shield. We asked that she request that they release a copy of her Explanation of Benefits and Pharmacy History to Aetna for the period of January 1, 2012, through December 31, 2012. We also enclosed a Highmark Blue Cross Blue Shield *Authorization for Disclosure of Health Information*. We explained that Aetna needs to review the Blue Cross Blue Shield insurance history for the Preexisting Condition investigation of Ms. Raisin's LTD claim. In our April 21, 2016 letter, we asked that the information be provided to Aetna within 30 days.

Ms. Raisin did not provide us her Blue Cross Blue Shield insurance information or the *Authorization for Disclosure of Health Information*, as requested in the preceding paragraph.

I followed up with your office concerning the Highmark Blue Cross Blue Shield *Authorization for Disclosure of Health Information* by letter on June 20, 2016, and through an e-mail to Mitchell Hefter on August 12, 2016.

On August 23, 2016, Aetna received Ms. Raisin's signed Highmark Blue Cross Blue Shield *Authorization for Disclosure of Health Information*. I promptly sent the authorization to Highmark Blue Cross Blue Shield and requested her health insurance history.

On September 27, 2016 Highmark Blue Shield wrote to Aetna and explained that they could not locate any record of coverage under the contract ID we provided.

Today I re-reviewed the health insurance card that is located in Ms. Raisin's medical records (copy enclosed). I sent another request for her Blue Cross Blue Shield insurance history. Rather than attempt to obtain this information from Highmark Blue Shield, I sent the request to:

EXHIBIT     Aetna is the brand name used for products and services provided by one or more of the Aetna group of subsidiary companies, including Aetna Life Insurance Company and its affiliates (Aetna). ©2013 Aetna Inc.

Independence Blue Cross
1901 Market Street
Philadelphia, PA 19103-1480

1-800-ASK-BLUE (1-800-275-2583)

In my letter I requested that Independence Blue Cross provide Aetna with the following information <u>within 5 business days</u> from the date they receive our letter.

**The Independence Blue Cross PPO Program membership card we found in her medical records lists her name as Tessa Raisin, and below her name reads: DBO8047354900.**

*Please provide us with a copy of Tessa M. Raisin's Independence Blue Cross Information for the period of January 1, 2012, through December 31, 2012. Specifically, we are requesting:*
*1. Explanation of Benefits*
*2. Pharmacy History*
*3. Claims History*
*4. Managed Care Information (Precertification, 2nd Opinions, Treatment Plans, Care Coordination, Case Management, etc.)*

**Aetna requests Ms. Raisin's assistance by contacting Independence Blue Cross now to follow up on the release of her health insurance record.**
If Independence Blue Cross cannot locate her record, we request that Ms. Raisin continue to follow up for the information. We request that she or you as her attorney determine who is the custodian of her Blue Cross Blue Shield insurance record, and obtain that information and provide it to Aetna within <u>30 days</u> from the date of this letter.

On August 12, 2016, Mitchell Hefter at your office explained in his e-mail, sent to my attention concerning Ms. Raisin's LTD claim:

*Further, Ms. Raisin's will sign any authorization needed for Aetna to obtain records you think you need to conduct the Pre-X investigation. But again, Ms. Raisin's obligation as an insured is to establish that she is disabled, which she has done to Aetna's satisfaction. It is not her burden to disprove the application of a policy limitation or exclusion.*

In response to Mr. Hefter's statement, please understand that the Drinker Biddle & Reath LLP group LTD policy outlines the claimant's responsibility to provide Documentation we request so we can administer the LTD claim, including in regard to the **Preexisting Condition** and **Test of Disability** provisions.

The following provisions from the group policy are relevant to this discussion:

**Reporting of Claims** (in part) states:
*Your claim must give proof of the nature and extent of the loss. You must furnish true and correct information as Aetna may reasonably request. At any time, **Aetna** may require copies of documents to support your claim, including data about employment. You must also provide **Aetna** with authorizations to allow it to investigate your claim and your eligibility for and the amount of work earnings and other income benefits.*

**When Long Term Disability Benefits Eligibility Ends** (in part) states:
*You will no longer be considered as disabled nor eligible for long term monthly benefits when the first of the following occurs:*

- The date you no longer meet the LTD test of disability, as determined by Aetna.
- *The date you are no longer under the regular care of a physician.*
- *The date you fail to provide proof that you meet the LTD test of disability.*

**UCLA Health Medical Records**
Currently we are waiting for UCLA Health to release Ms. Raisin's medical records to our records retrieval vendor ReleasePoint.

As you are aware, UCLA Health would not accept the UCLA Authorization For Release of (PHI) Protected Health Information Ms. Raisin signed earlier this year. On September 9, 2016, ReleasePoint sent another copy of the UCLA Health authorization to your office. However, because ReleasePoint did not receive the completed authorization, or

September 26, 2016 I wrote to you to follow up on document.

On October 3, 2016, ReleasePoint received Ms. Raisin's signed UCLA Health PHI auth, and again followed up on the medical records.

On October 11, 2016, ReleasePoint spoke with Evangeline at UCLA Health. It appears that UCLA Health will release Ms. Raisin's medical records to ReleasePoint on October 17, 2016.

I will review the UCLA Health records as soon as I receive them. However, again, for Aetna to be able to complete our Preexisting Condition review of Ms. Raisin's claim, we need to review her Blue Cross Blue Shield insurance history.

Please write or call me at 1-866-326-1380 if you have any questions about this letter or the claim.

If you are able to obtain the Blue Cross Blue Shield insurance history, please fax the information to Aetna at 1-866-667-1987. Please write "Tessa Raisin LTD Claim No. 11033296" on the documentation.

Sincerely,

GORDON HARRIS
SR DISABILITY RISK MGR
Aetna Life Insurance Company

The Consumer Communications Bureau with the California Department of Insurance is available to assist customers with claims they feel have been wrongfully denied or rejected. Consumers may call or write the Bureau to have claims reviewed. Callers outside California and those in California (area codes 213 or 310), may contact the Consumer Communication Bureau at 1-213-897-8921. The number for the rest of California is 1-800-927-HELP. The mailing address is: Consumer Communications Bureau, California Department of Insurance, 300 S. Spring Street, Los Angeles, CA 90013.







*000524*J01114B*001851*(1)

F000524000004000004100J01114B*250F

J01114B
BA [PR-PR]
20161012  000524

20161012B04 J522
Env [1] 242 of 999 B 1,3

Aetna - Daily Production Letters                                      Page 1 of 1



**aetna**®

P.O. Box 14560
Lexington, KY 40512-4560

Phone: 1-866-326-1380
Fax: 1-866-667-1987

December 2, 2016

KANTOR AND KANTOR
Attn: GLENN KANTOR
19839 NORDHOFF ST
NORTHRIDGE CA - 91436

| | |
|---|---|
| Group Control No: | 0473412 |
| Employer: | Drinker Biddle & Reath LLP |
| Employee: | MS. TESSA RAISIN |
| Disability Claim Case No: | 11033296 |

Dear Mr. Kantor:

We are writing to update you on Aetna's review of Tessa Raisin's Long Term Disability (LTD) claim under the Drinker Biddle & Reath LLP LTD group policy. The Drinker Biddle & Reath LLP group LTD policy is underwritten by Aetna Life Insurance Company (Aetna).

We are in the process of reviewing new medical documentation we received on November 24, 2016, concerning Ms. Raisin's LTD claim.

At this time, we anticipate completing the review of Ms. Raisin's LTD claim on or before December 31, 2016. We will explain the outcome of the review in writing as soon as it is completed.

Sincerely,

GORDON HARRIS
SR DISABILITY RISK MGR
Aetna Life Insurance Company

The Consumer Communications Bureau with the California Department of Insurance is available to assist customers with claims they feel have been wrongfully denied or rejected. Consumers may call or write the Bureau to have claims reviewed. Callers outside California and those in California (area codes 213 or 310), may contact the Consumer Communication Bureau at 1-213-897-8921. The number for the rest of California is 1-800-927-HELP. The mailing address is: Consumer Communications Bureau, California Department of Insurance, 300 S. Spring Street, Los Angeles, CA 90013.

EXHIBIT _____   https://wkab.aetna.com/WKAB/DailyLettersPrintScreen.aspx?RptQueID=36084565   12/02/2016

# aetna℠

# Fax Message

---

**To:**  Kantor & Kantor

**Fax:**  818-350-6272

**From:**

**Date:**  Friday, December 02, 2016 11:43:50 AM
**Pages (including this page):**  02
**Subject:**  Please deliver to Glenn Kantor

---

Re: LTD claim of Tessa Raisin
Aetna LTD claim no. 11033296

---

Disclaimer:
This message is intended only for the use of the individual or entity to which it is
addressed and may contain confidential and/or proprietary information.  If you are not
the intended recipient or the employee or agent responsible for delivering the message
to the intended recipient, you are hereby notified that any dissemination, distribution, or
copying of this communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone
number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected
by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of
this information by you without the express written consent of the person to whom it
pertains or as otherwise permitted by 42 CFR Part 2.   A general authorization for the
release of medical or other information is NOT sufficient for this purpose.   The federal
rules restrict any use of the information to criminally investigate or prosecute any
alcohol or drug abuse patient.